MELINDA HAAG (CABN 132612)
United States Attorney

MIRANDA KANE (CABN 150630)
Chief, Criminal Division

MATTHEW A. PARRELLA (NYSBN 2040855)
Assistant United States Attorneys

150 Almaden Boulevard, Suite 900
San Jose, California 95113
Tel: (408) 535-5054
Fax: (408) 535-5066 (facsimile)

Attorneys for the United States of America

FILED

2011 SEP 21 P 3: 51

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
N.D. CA-SAN JOSE

SEALED BY ORDER OF THE COURT

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR11 00683 HRL |
| Plaintiff, | UNITED STATES' APPLICATION TO SEAL INDICTMENT [~~PROPOSED~~] ORDER |
| v. | |
| CHRISTOPHER DOYON, aka "PLF," "Commander Adama," and "Commander X," | (UNDER SEAL) |
| JOSHUA JOHN COVELLI, aka "Absolem," and "Toxic," | |
| Defendants. | |

DLJ

The government hereby moves the Court for an order sealing the indictment, this motion, and the Court's sealing order until further order of the Court because the defendants named above have not yet been arrested and the investigation and efforts to locate the defendant are ongoing.

///

///

The United States requests copies of the sealed indictment, summons, arrest warrant and this Application and Order.

DATED: September 22, 2011                    Respectfully submitted,

                                                      MELINDA HAAG
                                                     United States Attorney

                                                   /s/ signature
                                                 HANLEY CHEW
                                                 Assistant United States Attorneys

## [PROPOSED] ORDER

Based upon the motion of the government and for good cause shown, IT IS HEREBY ORDERED that the indictment, arrest warrant, this motion, this sealing order, and all related papers shall be sealed until further order of the Court. The Clerk of the Court is ordered to furnish copies of these documents to the United States Attorney's Office and to Special Agents of the Federal Bureau of Investigation.

DATED: September 21, 2011

                                                 P̶A̶U̶L̶ ̶S̶.̶ ̶G̶R̶E̶W̶A̶L̶
                                                 United States Magistrate Judge
                                                 Howard R. Lloyd