No. CR 11 00683 DLJ

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

FILED 2011 SEP 21 P 3:51 RICHARD W. WIEKING CLERK U.S. DISTRICT COURT

***San Jose Division***

HRL

**THE UNITED STATES OF AMERICA**

SEALED BY ORDER OF THE COURT

*vs.*

CHRISTOPHER DOYON,
aka "PLF," "Commander Adama," and
"Commander X,"
JOSHUA JOHN COVELLI,
aka "Absolem," and "Toxic,"

# INDICTMENT

**COUNT ONE**: 18 U.S.C. §§ 1030(b),(c)(4)(A)(i)(I) - Conspiracy to Commit Intentional Damage to a Protected Computer;

**~~COUNT TWO~~**: COUNT THREE 18 U.S.C. §§ 1030(a)(5)(A), (c)(4)(A)(i)(I), (c)(4)(B)(i) & (2) - Intentional Damage to a Protected Computer, Aiding and Abetting.

9/21/11

***A true bill.***

*Foreperson*

*Filed in open court this* 21st *day of* **September**

*A.D. 2011*

Arrest Warrant for Doyon

*United States Magistrate Judge*

*Bail. $* Summons for Covelli

DOCUMENT NO. DISTRICT COURT CRIMINAL CASE PROCESSING

MELINDA HAAG (CABN 132612)
United States Attorney

FILED
2011 SEP 21 P 3:51
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
N.D. CA - SAN JOSE

SEALED BY ORDER
OF THE COURT

DLJ

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

HRL

UNITED STATES OF AMERICA,

Plaintiff,

v.

CHRISTOPHER DOYON,
aka "PLF," "Commander Adama," and "Commander X,"
JOSHUA JOHN COVELLI,
aka "Absolem," and "Toxic,"

Defendants.

No. CR- CR 11 00683

VIOLATIONS: 18 U.S.C. §§1030(b), (c)(4)(A)(i)(I) – Conspiracy; 18 U.S.C. §§ 1030(a)(5)(A), (c)(4)(A)(i)(I), (c)(4)(B)(i) – Intentional Damage to a Protected Computer; 18 U.S.C. § 2 – Aiding and Abetting.

(SAN JOSE VENUE)

**Filed Under Seal**

INDICTMENT

The Grand Jury charges:

Introductory Allegations:

At all times relevant to this Indictment:

1. The County of Santa Cruz, California ("Santa Cruz County" ), was located wholly within the Northern District of California. Santa Cruz County maintained a website on the Internet through computer servers also located within the Northern District of California. This website allowed access to Santa Cruz County's government entities and programs, including Emergency Services, Law Enforcement, the Courts, Social Services, Agricultural Extension,

Employment, Surplus Sales, Vendor Registration, and Construction Projects and Proposals. Santa Cruz County's website and computer servers were used in and affecting interstate and foreign commerce and communication.

2. The City of Santa Cruz ("Santa Cruz City") was located wholly within Santa Cruz County. The Santa Cruz City Municipal Code ("the Municipal Code") was a codification of the general ordinances of Santa Cruz City. Section 6.36.010 of the Municipal Code, entitled "Camping Prohibited," contained restrictions and definitions on camping within Santa Cruz City. In response to the enforcement of Section 6.36.010, protesters occupied the Santa Cruz County Courthouse premises from approximately July 4, 2010, to October 2, 2010. Law enforcement officers from Santa Cruz County disbanded the protest and several protesters were charged with misdemeanors crimes in Santa Cruz County.

3. The People's Liberation Front, also known as PLF, was an online collective of individuals that was associated with collaborative hacking attacks motivated by political and social goals, often referred to as "hactivism."

4. A Distributed Denial of Service ("DDoS") was a hacking attack that attempted to render a computer resource unavailable to its intended users. One common DDoS attack attempted to saturate the target computer or network with external communications requests, such that the target could not respond to legitimate traffic, or responded so slowly as to render the target effectively unavailable.

5. A High Orbit Ion Cannon ("HOIC") was an open source computer program that was originally designed as a network security and stability testing application, but which was also used as a tool by DDoS attackers. Attackers used HOIC to send extremely large amounts of packets or requests over a network in an attempt to overwhelm a target.

<u>DDoS Attacks on the County of Santa Cruz, California</u>:

6. In retribution for Santa Cruz City's enforcement of Section 6.36.010 of the Municipal Code, and Santa Cruz County's disbandment of the protest, the PLF coordinated and executed a DDoS attack against Santa Cruz County's computer servers using HOIC. The PLF referred to these co-ordinated attacks on Santa Cruz County as "Operation Peace Camp 2010."

COUNT ONE: (18 U.S.C. § 1030(b) – Conspiracy to Commit Intentional Damage to a Protected Computer)

7. The factual allegations contained in Paragraphs 1 through 6 are realleged and incorporated herein by reference as if set forth in full.

8. On or about a date unknown but at least by December 12, 2010, and continuing to on or about December 16, 2010, in the Northern District of California and elsewhere, the defendants,

CHRISTOPHER DOYON,
aka "PLF," "Commander Adama," and
"Commander X,"

JOSHUA JOHN COVELLI,
aka "Absolem," and "Toxic,"

did knowingly conspire and agree with each other and other persons known and unknown to the Grand Jury to commit Intentional Damage to a Protected Computer, in violation of 18 U.S.C. §§ 1030(a)(5)(A), (c)(4)(A)(i)(I), & (c)(4)(B)(I), that is to commit a DDoS attack on Santa Cruz County's protected computers.

All in violation of Title 18, United States Code, Sections 1030(b) & (c)(4)(A)(i)(I).

COUNT TWO: (18 U.S.C. §§ 1030(a)(5)(A), (c)(4)(A)(i)(I), (c)(4)(B)(i) & (2) – Intentional Damage to a Protected Computer, Aiding and Abetting)

9. The factual allegations contained in Paragraphs 1 through 6 are realleged and incorporated herein by reference as if set forth in full.

On or about December 16, 2010, in the Northern District of California and elsewhere, the defendant,

CHRISTOPHER DOYON,
aka "PLF," "Commander Adama," and
"Commander X,"

knowingly caused the transmission of a program, information, code, and command, that is, HOIC, and, as a result of such conduct, intentionally caused damage without authorization to protected computers of Santa Cruz County, and caused loss to 1 or more persons during a 1-year period affecting protected computers aggregating at least $5,000 in value.

All in violation of Title 18, United States Code, Sections 1030(a)(5)(A), (c)(4)(A)(i)(I), (c)(4)(B)(i), & 2.

COUNT THREE: (18 U.S.C. §§ 1030(a)(5)(A), (c)(4)(A)(i)(I), (c)(4)(B)(i) & (2) – Intentional Damage to a Protected Computer, Aiding and Abetting)

10. The factual allegations contained in Paragraphs 1 through 6 are realleged and incorporated herein by reference as if set forth in full.

On or about December 16, 2010, in the Northern District of California and elsewhere, the defendant,

JOSHUA JOHN COVELLI,
aka "Absolem," and "Toxic,"

knowingly caused the transmission of a program, information, code, and command, that is, HOIC, and, as a result of such conduct, intentionally caused damage without authorization to protected computers of Santa Cruz County, and caused loss to 1 or more persons during a 1-year period affecting protected computers aggregating at least $5,000 in value.

All in violation of Title 18, United States Code, Sections 1030(a)(5)(A), (c)(4)(A)(i)(I), (c)(4)(B)(i), & 2.

DATED: 9/21/11

A TRUE BILL.

FOREPERSON

MELINDA HAAG
United States Attorney

MATTHEW A. PARRELLA
Chief, CHIP Unit

(Approved as to form: AUSAs PARRELLA & CHEW)

AO 257 (Rev. 6/78)

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT ☐ INFORMATION ☒ INDICTMENT ☐ SUPERSEDING

**OFFENSE CHARGED**

Count 1: 18 U.S.C.§§1030(b), (c)(4)(A)(i)(I) – Conspiracy
Counts 2-3: 18 U.S.C. §§ 1030(a)(5)(A), (c)(4)(A)(i)(I), (c)(4)(B)(i) – Intentional Damage to a Protected Computer

☐ Petty ☐ Minor ☐ Misde-meanor ☒ Felony

SEALED BY ORDER OF THE COURT

PENALTY: Count 1: 5 years imprisonment; $250,000 fine.
Counts 2-3: 10 years imprisonment each count; $250,000 fine each count.

Name of District Court, and/or Judge/Magistrate Location
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

FILED
2011 SEP 21 P 3:52
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
N.D. CA. SAN JOSE

**DEFENDANT - U.S**

CHRISTOPHER DOYON
aka "PLF," "Commander Adama" and

DLJ

DISTRICT COURT NUMBER

CR 11 00683

HRL

**PROCEEDING**

Name of Complainant Agency, or Person (& Title, if any)

FBI Special Agent Melanie Adams

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrp 20, 21, or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of: ☐ U.S. ATTORNEY ☐ DEFENSE — SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant — MAGISTRATE CASE NO.

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

Name and Office of Person Furnishing Information on this form: Melinda Haag

☒ U.S. Attorney ☐ Other U.S. Agency

Name of Assistant U.S. Attorney (if assigned): Matthew A. Parrella

**DEFENDANT**

**IS *NOT* IN CUSTODY**

1) ☒ Has not been arrested, pending outcome this proceeding. If not detained give date any prior summons was served on above charges

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**

4) ☐ On this charge

5) ☐ On another conviction ☐ Federal ☐ State

6) ☐ Awaiting trial on other charges

If answer to (6) is "Yes", show name of institution

Has detainer been filed? ☐ Yes ☐ No — If "Yes" give date filed

**DATE OF ARREST** Month/Day/Year

Or... if Arresting Agency & Warrant were not

**DATE TRANSFERRED TO U.S. CUSTODY** Month/Day/Year

☐ This report amends AO 257 previously submitted

**ADDITIONAL INFORMATION OR COMMENTS**

PROCESS:

☐ SUMMONS ☐ NO PROCESS* ☒ WARRANT

Bail Amount: No Bail

If Summons, complete following:
☐ Arraignment ☐ Initial Appearance

** Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment*

Defendant Address:

Date/Time:

Before Judge:

41

Comments:

AO 257 (Rev. 6/78)

# DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT ☐ INFORMATION ☒ INDICTMENT ☐ SUPERSEDING

Name of District Court, and/or Judge/Magistrate Location
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

FILED
2011 SEP 21 P 3:51
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

## OFFENSE CHARGED

Count 1: 18 U.S.C.§§1030(b), (c)(4)(A)(i)(I) – Conspiracy
Counts 2-3: 18 U.S.C. §§ 1030(a)(5)(A), (c)(4)(A)(i)(I), (c)(4)(B)(i) – Intentional Damage to a Protected Computer

☐ Petty
☐ Minor
☐ Misde-meanor
☒ Felony

SEALED BY ORDER OF THE COURT

PENALTY: Count 1: 5 years imprisonment, $250,000 fine
Counts 2-3: 10 years imprisonment each count, $250,000 fine each count.

DEFENDANT - U.S

JOSHUA JOHN COVELLI,
aka "Absolem," and "Toxic"

DISTRICT COURT NUMBER

CR11 00683 DLJ

HRL

## DEFENDANT

### IS *NOT* IN CUSTODY

Has not been arrested, pending outcome this proceeding.

1) ☐ If not detained give date any prior summons was served on above charges

2) ☐ Is a Fugitive

3) ☒ Is on Bail or Release from (show District)

NDCA - CR-11-00471-DLJ

### IS IN CUSTODY

4) ☐ On this charge

5) ☐ On another conviction } ☐ Federal ☐ State

6) ☐ Awaiting trial on other charges

If answer to (6) is "Yes", show name of institution

Has detainer been filed? ☐ Yes ☐ No } If "Yes" give date filed

**DATE OF ARREST** Month/Day/Year

Or... if Arresting Agency & Warrant were not

**DATE TRANSFERRED TO U.S. CUSTODY** Month/Day/Year

☐ This report amends AO 257 previously submitted

## PROCEEDING

Name of Complaintant Agency, or Person (& Title, if any)

FBI Special Agent Melanie Adams

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrp 20, 21, or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. ATTORNEY ☐ DEFENSE } SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under } MAGISTRATE CASE NO.

Name and Office of Person Furnishing Information on this form: Melinda Haag

☒ U.S. Attorney ☐ Other U.S. Agency

Name of Assistant U.S. Attorney (if assigned): Matthew A. Parrella

## ADDITIONAL INFORMATION OR COMMENTS

PROCESS:

☒ SUMMONS ☐ NO PROCESS* ☐ WARRANT Bail Amount:

If Summons, complete following:
☐ Arraignment ☐ Initial Appearance

** Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment*

Defendant Address:

[illegible]

Date/Time: November 1, 2011 @1:30PM Before Judge: ~~Grewal~~ HRL

Comments: Please have the U.S. Marshal's Service serve the Summons by mail.