1  MELINDA HAAG (CABN 132612)
   United States Attorney

2
   MIRANDA KANE (CABN 150630)
3  Chief, Criminal Division

4  MATTHEW A. PARRELLA (NYBN 2040855)
   HANLEY CHEW (CABN 189985)
5  Assistant United States Attorneys

6     150 Almaden Blvd., 9th Floor
      San Jose, California 95113
7     Telephone: (408) 535-5042
      FAX: (408) 535-5066
8     matthew.parrella@usdoj.gov

9  Attorneys for Plaintiff

10                    UNITED STATES DISTRICT COURT

11                  NORTHERN DISTRICT OF CALIFORNIA

12                          SAN JOSE DIVISION

13

14  UNITED STATES OF AMERICA,          )   No. CR 11-00683 DLJ
                                       )
15         Plaintiff,                  )
                                       )
16    v.                               )   NOTICE OF MOTION AND MOTION
                                       )   FOR JUDGMENT ON FORFEITURE
                                       )   OF BOND
17  CHRISTOPHER DOYON,                 )
       aka "PLF," "Commander Adama, and )
18  "Commander X,"                     )
                                       )
19         Defendant, and             )
                                       )
20  ED FRY,                            )
                                       )
21         Surety.                     )
                                       )
22  _____)

23         PLEASE TAKE NOTICE that on April 5, 2012 at 9:00 a.m. or as soon thereafter

24  as counsel may be heard, before the Honorable D. Lowell Jensen, United States District

25  Judge, in the United States District Court at 280 South 1st Street, Courtroom 7, 4th Floor,

26  San Jose, California, the United States will and hereby does move the Court, pursuant to

27  Rule 46(f)(1) and (3) of the Federal Rules of Criminal Procedure, to declare the enter a

28  judgment against the Defendant Christopher Doyon and the Surety Ed Fry, jointly and

NOT. OF MOT. & MOT. TO FORFEIT
U.S. v. DOYON, et. al., No.  CR 11-00683 DLJ

1   severally, and direct

2   execution upon such judgment.

3          IN SUPPORT THEREOF, the Unites States alleges as follows:

4          1.     On September 2011, the Defendant and the Surety, executed an unsecured

5   bond in the sum of $35,000, conditioned upon the appearance of the Defendant in this

6   Court as ordered by this Court to answer charges brought by the United States against the

7   Defendant.  The Defendant and the Surety acknowledged their understanding that they

8   could lose the designated money if the Defendant failed to comply with the Court's orders

9   to appear.

10         2.     On February 2, 2012 and February 16, 2012,  the Defendant failed to appear

11  as ordered by the Court.

12         3.     On February16, 2012, because of the Defendant's failure to appear, this

13  Court ordered that a bench warrant issue for the Defendant's arrest.  The warrant remains

14  outstanding.

15      WHEREFORE , the United States requests:

16         1.     That the Court enter a judgment in favor of the United States and against

17  the Defendant and the Surety, jointly and severally, in the sum of $35,000, plus interest

18  from the date of entry of judgment as provided by law until paid in full, plus costs of

19  court.

20

21                                         Respectfully submitted,

22                                         MELINDA HAAG
                                           United States Attorney
23

24  Dated:   February 27, 2012                    /s/
                                           MATTHEW PARRELLA
25                                         HANLEY CHEW
                                           Assistant United States Attorney
26

27

28

NOT. OF MOT. & MOT. TO FORFEIT
U.S. v. DOYON, et. al., No.  CR 11-00683 DLJ          2