STEPHANIE M. HINDS (CABN 154284)
Acting United States Attorney

HALLIE HOFFMAN (CABN 210020)
Chief, Criminal Division

SUSAN KNIGHT (CABN 209013)
Assistant United States Attorney

    150 Almaden Boulevard, Suite 900
    San Jose, California 95113
    Telephone: (408) 535-5056
    FAX: (408) 535-5066
    Email: Susan.Knight@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CR 11-00683 DLJ (EXE) |
| Plaintiff, | |
| v. | NOTICE OF SUBSTITUTION OF COUNSEL |
| CHRISTOPHER DOYON, | |
| Defendant. | |

    The United States Attorney's Office files this Notice of Substitution of Counsel to advise the Court that Assistant United States Attorney Susan Knight appears in this matter as lead counsel. Future ECF notices should be sent to Assistant United States Attorney Susan Knight with the following contact information:

    AUSA Susan Knight
    150 Almaden Blvd., Suite 900
    San Jose, CA 95113
    Susan.Knight@usdoj.gov
    (408) 535-5056

//

//

//

| | |
|---|---|
| 1  DATED: 6/13/21 | Respectfully submitted, |
| 2 | |
| 3 | STEPHANIE M. HINDS<br>Acting United States Attorney |
| 4 | */s/ Susan Knight* |
| 5 | _____<br>SUSAN KNIGHT<br>Assistant United States Attorney |