DOCUMENTS UNDER SEAL ☐ | TOTAL TIME (mins): 11 mins.

| **MAGISTRATE JUDGE** **MINUTE ORDER** | DEPUTY CLERK Ivy Lerma Garcia | RECORDED IN ZOOM 1:31-1:42 | |
|---|---|---|---|
| MAGISTRATE JUDGE DONNA M. RYU | DATE 6/14/21 | NEW CASE ☐ | CASE NUMBERS CR11-0683-BLF CR-12-0426-EJD |

## APPEARANCES

| DEFENDANT CHRISTOPHER DOYON | AGE | CUST YES | P/NP P | ATTORNEY FOR DEFENDANT Jay Rorty (prov. Apptd.) | PD. ☐  RET. ☐ APPT. ☐ |
|---|---|---|---|---|---|
| U.S. ATTORNEY Susan Knight | | INTERPRETER | | FIN. AFFT ☐ SUBMITTED | COUNSEL APPT'D ☐ |
| PROBATION OFFICER | PRETRIAL SERVICES OFFICER Jessica Portillo | | DEF ELIGIBLE FOR APPT'D COUNSEL ☐ | | PARTIAL PAYMENT ☐ OF CJA FEES |

### IN CR-11-0683-BLF: INIT.   PROCEEDINGS SCHEDULED TO OCCUR BY ZOOM VIDEO CONFERENCE

| ☒ APPEAR. ON A WARRANT FOR FTA HELD; IN CR-12-0426-EJD INIT. APPEAR. ON INDICTMENT HELD | PRELIM HRG ☐ | MOTION ☐ | JUGM'T & SENTG ☐ | STATUS ☐ TRIAL SET |
|---|---|---|---|---|
| I.D. COUNSEL ☐ | ARRAIGNMENT ☐ | BOND HEARING ☐ | IA REV PROB. ☐ or S/R | OTHER ☐ |
| DETENTION HRG ☐ | ID / REMOV HRG ☐ | CHANGE PLEA ☐ | PROB. REVOC. ☐ | ATTY APPT ☐ HEARING |

### ON BOTH CASES:    INITIAL APPEARANCE

| ☒ ADVISED OF RIGHTS | ☒ ADVISED OF CHARGES | ☐ NAME AS CHARGED IS TRUE NAME | ☐ TRUE NAME: |
|---|---|---|---|

### ARRAIGNMENT

| ☐ ARRAIGNED ON INFORMATION | ☐ ARRAIGNED ON INDICTMENT | ☐ READING WAIVED SUBSTANCE | ☐ WAIVER OF INDICTMENT FILED |
|---|---|---|---|

### RELEASE

| ☐ RELEASED ON O/R | ☐ ISSUED APPEARANCE BOND | AMT OF SECURITY $ | SPECIAL NOTES | ☐ PASSPORT SURRENDERED DATE: |
|---|---|---|---|---|
| PROPERTY TO BE POSTED CASH $ | | CORPORATE SECURITY ☐ | | REAL PROPERTY: ☐ |

### ON BOTH CASES:

| ☒ MOTION FOR DETENTION | ☐ PRETRIAL SERVICES REPORT | ☐ DETAINED | ☐ RELEASED | ☐ DETENTION HEARING AND FORMAL FINDINGS WAIVED | ☒ REMANDED TO CUSTODY |
|---|---|---|---|---|---|

ORDER REMOVED TO THE DISTRICT OF

### PLEA

| ☐ CONSENT ENTERED | ☐ NOT GUILTY | ☐ GUILTY | GUILTY TO COUNTS: ☐ |
|---|---|---|---|
| ☐ PRESENTENCE REPORT ORDERED | ☐ CHANGE OF PLEA | ☐ PLEA AGREEMENT FILED | OTHER: |

### (ON BOTH CASES)   CONTINUANCE

| TO: (ON BOTH CASES) 6/15/21 | ☒ ATTY APPT HEARING | ☐ BOND HEARING | ☐ STATUS RE: CONSENT | ☐ STATUS TRIAL SET |
|---|---|---|---|---|
| AT: 1:00 p.m. | ☒ (ON BOTH CASES) SUBMIT FINAN. AFFIDAVIT | ☐ STATUS RE: PRELIM. HRG./ ARRAIGNMENT | ☐ CHANGE OF PLEA | ☐ OTHER |
| BEFORE HON. D. M. RYU | ☒ (ON BOTH CASES) STATUS RE: DETENTION | ☒ ARRAIGNMENT IN CR-12-0426-EJD | ☐ MOTIONS | ☐ JUDGMENT & SENTENCING |
| ☐ TIME WAIVED | ☐ TIME EXCLUDABLE UNDER 18 § USC 3161 | ☐ IDENTITY / REMOVAL HEARING | ☐ PRETRIAL CONFERENCE | ☐ PROB/SUP REV. HEARING |

### ADDITIONAL PROCEEDINGS

Entire Case CR-12-0426-EJD is unsealed. Deft. waived his personal appear. & consented to proceed by video conf. All parties appeared by Zoom video conf. DPPA advisement. CJA Atty. Jay Rorty will try to contact Deft's previous Counsel in CR-11-0683-BLF named Jason Scott Leiderman to find out if he'll continue to represent the Deft. as his retained Counsel.

cc: DMR; Pret. Svcs.