| | |
|---|---|
| 1 | STEPHANIE M. HINDS (CABN 154284)<br>Acting United States Attorney |
| 2 | |
| 3 | HALLIE HOFFMAN (CABN 210020)<br>Chief, Criminal Division |
| 4 | SUSAN KNIGHT (CABN 209013)<br>Assistant United States Attorney |
| 5 | |
| 6 | 150 Almaden Boulevard, Suite 900<br>San Jose, California 95113 |
| 7 | Telephone: (408) 535-5056<br>FAX: (408) 535-5066<br>Email:  Susan.Knight@usdoj.gov |
| 8 | |
| 9 | Attorneys for United States of America |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | NO. CR 12-00426 EJD |
| | ) | [FILED MAY 30, 2012] |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| CHRISTOPHER DOYON, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| UNITED STATES OF AMERICA, | ) | NO. CR-11-00683 BLF |
| | ) | [FILED SEPTEMBER 21, 2011] |
| Plaintiff, | ) | |
| | ) | NOTICE OF RELATED CASE IN A CRIMINAL |
| v. | ) | ACTION |
| | ) | |
| CHRISTOPHER DOYON, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

The United States of America, pursuant to Local Criminal Rule 8-1, hereby notifies the Court that the two above-captioned criminal cases are related. On September 21, 2011, defendant Christopher Doyon (hereafter "Defendant") was charged with one count of conspiracy to cause intentional damage to a protected computer, in violation of 18 U.S.C. § 1030(b) and (c)(4)(A)(i)(I), and one count of

intentional damage to a protected computer, aiding and abetting, in violation of 8 U.S.C. §§ 1030(a)(5)(A), (c)(4)(A)(i)(I), (c)(4)(B)(i) & 2.  ECF No. 1, CR 11-00683 BLF.  According to the 2011 indictment, Defendant participated in a Distributed Denial of Service (DDoS) attack against Santa Cruz County's computer servers on Dec. 16, 2010, that caused Santa Cruz County's website to go offline. A DDoS attack is an attempt to render computers unavailable to users by saturating the target computers or networks with external communication requests, thereby denying service to legitimate users.  He was arrested on September 22, 2011 and released on conditions.  ECF Nos. 3, 8.  On February 2, 2012, he failed to appear at a status conference before the Honorable Lowell D. Jensen, who issued an arrest warrant but stayed it until a status conference on February 16, 2012.  ECF Nos. 25, 27.  Defendant again failed to appear and his counsel reported to the Court that Defendant had fled to Canada.  ECF No. 27.  The arrest warrant was issued.

On May 30, 2012, Defendant was indicted for failing appear on February 2, 2012, after he was placed on pre-trial release, in violation of 18 U.S.C. § 3146(a)(1). (CR 12-00426 EJD)

Based upon these facts, the cases are related within the meaning of Local Rule 8-1(b)(1) because they involve the same defendant and the same events and occurrences.  Furthermore, the cases are related within the meaning of Local Rule 8-1(b)(2) because, if heard by separate judges, the actions likely would involve substantial duplication of labor by the two judges.

Per the requirement of Local Criminal Rule 8-1(c)(4), government counsel states that assignment of these cases to a single judge is likely to conserve judicial resources and promote an efficient determination of each action.

DATED: June 14, 2021

Respectfully submitted,

STEPHANIE M. HINDS
Acting United States Attorney

*Susan Knight*
_____
SUSAN KNIGHT
Assistant United States Attorney