| DOCUMENTS UNDER SEAL ☐ | | TOTAL TIME (mins): 13 mins. | |
|---|---|---|---|
| **MAGISTRATE JUDGE MINUTE ORDER** | DEPUTY CLERK: Ivy Lerma Garcia | RECORDED IN ZOOM 1:15-1:28 | |
| MAGISTRATE JUDGE: DONNA M. RYU | DATE: 6/15/21 | NEW CASE ☐ | CASE NUMBERS: CR-11-0683-BLF / CR-12-0426-EJD |

### APPEARANCES

| DEFENDANT: CHRISTOPHER DOYON (by Video) | AGE | CUST: YES | P/NP: P | ATTORNEY FOR DEFENDANT: Jay Rorty (prov. apptd.) | PD. ☐  RET. ☐  APPT. ☐ |
|---|---|---|---|---|---|
| U.S. ATTORNEY: Susan Knight | INTERPRETER | | | ☒ FIN. AFFT **NOT** SUBMITTED | ☐ COUNSEL APPT'D |
| PROBATION OFFICER | PRETRIAL SERVICES OFFICER: Jay Christian | | DEF ELIGIBLE FOR APPT'D COUNSEL ☐ | | PARTIAL PAYMENT OF CJA FEES ☐ |

### PROCEEDINGS SCHEDULED TO OCCUR BY ZOOM VIDEO CONFERENCE

| | | | | | |
|---|---|---|---|---|---|
| ☐ INITIAL APPEAR | ☐ PRELIM HRG | ☐ MOTION | ☐ JUGM'T & SENTG | ☐ STATUS | ☐ STATUS TRIAL SET |
| ☐ I.D. COUNSEL | ☒ ARRAIGNMENT IN CR-12-0426-EJD HELD 1 min. | ☐ BOND HEARING | ☐ IA REV PROB. or S/R | | ☐ OTHER |
| ☒ STATUS RE: DETENTION HELD 10 mins. | ☐ ID / REMOV HRG | ☐ CHANGE PLEA | ☐ PROB. REVOC. | | ☒ ATTY APPT HEARING HELD 2 mins. |

### INITIAL APPEARANCE

☐ ADVISED OF RIGHTS   ☐ ADVISED OF CHARGES   ☐ NAME AS CHARGED IS TRUE NAME   ☐ TRUE NAME:

### ARRAIGNMENT — IN CR-12-0426-EJD

☐ ARRAIGNED ON INFORMATION   ☒ ARRAIGNED ON INDICTMENT   ☒ READING WAIVED SUBSTANCE   ☐ WAIVER OF INDICTMENT FILED

### RELEASE

☐ RELEASED ON O/R   ☐ ISSUED APPEARANCE BOND   AMT OF SECURITY $   SPECIAL NOTES   ☐ PASSPORT SURRENDERED DATE:

PROPERTY TO BE POSTED ☐ CASH $   CORPORATE SECURITY ☐   REAL PROPERTY: ☐

☐ MOTION FOR DETENTION   ☐ PRETRIAL SERVICES REPORT   ☒ DETAINED   ☐ RELEASED   ☒ DETENTION HEARING AND FORMAL FINDINGS WAIVED   ☒ REMANDED TO CUSTODY

ORDER REMOVED TO THE DISTRICT OF

### PLEA

☐ CONSENT ENTERED   ☒ NOT GUILTY PLEA ENTERED IN CR-12-0426-EJD   ☐ GUILTY   GUILTY TO COUNTS: ☐

☐ PRESENTENCE REPORT ORDERED   ☐ CHANGE OF PLEA   ☐ PLEA AGREEMENT FILED   OTHER:

### CONTINUANCE

| TO: (IN CR-11-0683-BLF) 7/20/21 | ☐ ATTY APPT HEARING | ☐ BOND HEARING | ☐ STATUS RE: CONSENT | ☒ STATUS TRIAL SET ☐ |
|---|---|---|---|---|
| AT: 9:00 a.m. | ☐ SUBMIT FINAN. AFFIDAVIT | ☐ STATUS RE: PRELIM. HRG./ ARRAIGNMENT | ☐ CHANGE OF PLEA | ☐ OTHER |
| BEFORE HON. B. L. FREEMAN | ☐ DETENTION HEARING | ☐ ARRAIGNMENT | ☐ MOTIONS | ☐ JUDGMENT & SENTENCING |
| ☐ TIME WAIVED | ☒ TIME EXCLUDABLE UNDER 18 § USC 3161 FROM 6/15/21 TO 7/20/21 | ☐ IDENTITY / REMOVAL HEARING | ☐ PRETRIAL CONFERENCE | ☐ PROB/SUP REV. HEARING |

### ADDITIONAL PROCEEDINGS

Deft. waived his personal appear. & consented to proceed by video conf. All parties appeared by Zoom video conf. Deft's prev. Counsel named Jason Leiderman will not be able to continue to represent the Deft. as his retained Counsel. Court ordered that CJA Counsel Jay Rorty shld. submit the Deft's Fin. Affid. to Judge Ryu's Clerk as soon as it is completed. On 6/14/21, Govt's Counsel e-filed a Notice of Rel. Case. No hrg. date has been set bef. Judge Davila in CR-12-0426-EJD pending ruling of Judge Freeman on the rel. case issue. Govt's Counsel shall provide the Deft's Counsel with the discovery within a wk./a wk. & a half from now. Parties to submit a Stip. & Order re: exclusion of time from the STA.   cc: Tiffany; Adriana; Pret. Svcs.