UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

# CRIMINAL MINUTES

**Date:** October 12, 2021     **Time:** 9:00 – 9:06     **Judge:** BETH LABSON FREEMAN
**Total Time:** 6 Minutes

**Case No.**: 5:11-cr-00683-BLF-1   **Case Name:** UNITED STATES v. Doyon
and 5:12-cr-00426-BLF-1

**Attorney for Plaintiff:** Susan Knight
**Attorney for Defendant:** Jay Rorty for Christopher Doyon - P/C

**Deputy Clerk:** Tiffany Salinas-Harwell     **Reported by:** Lee-Anne Shortridge
**Interpreter:** N/A     **Probation Officer:** N/A

## PROCEEDINGS

**STATUS CONFERENCE**

**Status Conference held.**

**CASE CONTINUED TO:** November 9, 2021 at 9:00 a.m. for Change of Plea Hearing.

**EXCLUDABLE DELAY**
Category: Effective Preparation of Counsel
Begins: 10/12/2021
Ends: 11/9/2021

///

**P/NP:** Present, Not Present
**C/NC:** Custody, Not in Custody
**I:** Interpreter

*Courtroom Deputy*

Original E-Filed