STEPHANIE M. HINDS (CABN 154284)
Acting United States Attorney

HALLIE HOFFMAN (CABN 210020)
Chief, Criminal Division

SUSAN KNIGHT (CABN 209013)
Assistant United States Attorney

    150 Almaden Boulevard, Suite 900
    San Jose, California 95113
    Telephone: (408) 535-5056
    FAX: (408) 535-5066
    Email: Susan.Knight@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>CHRISTOPHER DOYON,<br><br>    Defendant. | Case No.: CR 11-00683 BLF<br>              CR 12-00426 BLF<br><br>**STIPULATION TO CONTINUE CHANGE OF PLEA HEARING AND EXCLUDING TIME UNDER THE SPEEDY TRIAL ACT; [PROPOSED] ORDER** |

      The undersigned parties respectfully request that the change of plea hearing scheduled for January 11, 2022 be continued to January 18, 2022 at 9:00 a.m. The reason for the continuance is to afford the parties additional time to complete a Rule 20 transfer of the defendant's case from the Middle District of Florida to the Northern District of California. Defense counsel is continuing to investigate the offenses charged in the Florida matter, including the loss amount proposed by the Government for purposes of calculating the sentencing guidelines.

      The parties also stipulate and agree to an exclusion of time from January 11, 2022 to January 18, 2022 to allow for the effective preparation of defense counsel. *See* 18 U.S.C. § 3161(h)(7)(B)(iv).

IT SO STIPULATED.

DATED: 1/7/22

Respectfully submitted,

STEPHANIE M. HINDS
Acting United States Attorney

/s/  Susan Knight
SUSAN KNIGHT
Assistant United States Attorney

/s/ Jay Rorty
JAY RORTY
Counsel for Mr. Doyon

## [PROPOSED] ORDER

Accordingly, for good cause shown, the Court ORDERS that the change of plea hearing currently scheduled for January 11, 2022 is continued to January 18, 2022 at 9:00 a.m.

The Court FURTHER ORDERS that time be excluded under the Speedy Trial Act from January 11, 2022 through January 18, 2022.  The Court finds, based on the aforementioned reasons, that the ends of justice served by granting the requested continuance outweigh the best interest of the public and the defendant in a speedy trial.  The failure to grant the requested continuance would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence, and would result in a miscarriage of justice.  The Court therefore concludes that this exclusion of time should be made under 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv).

IT IS SO ORDERED.

DATED:

HONORABLE BETH LABSON FREEMAN
United States District Judge