UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

## CRIMINAL MINUTES

**Date:** January 18, 2022   **Time:** 9:00 – 9:10   **Judge:** BETH LABSON FREEMAN
**Total Time:** 10 Minutes

**Case No.**: 5:11-cr-00683-BLF-1   **Case Name:** UNITED STATES v. Doyon
And related case 5:12-cr-00426-BLF-1

**Attorney for Plaintiff:** Susan Knight
**Attorney for Defendant:** Jay Rorty for Christopher Doyon – NP/C – Appearance Waived

**Deputy Clerk:** Tiffany Salinas-Harwell   **Reported by:** Lee-Anne Shortridge
**Interpreter:** N/A   **Probation Officer:** N/A

## PROCEEDINGS

**STATUS CONFERENCE**

**Status Conference held.**

**CASE CONTINUED TO:** March 29, 2022, at 9:00 a.m. for Further Status Conference/Possible Change of Plea.

**EXCLUDABLE DELAY**
Category: Effective Preparation of Counsel
Begins: 1/18/2022
Ends: 3/29/2022

///

**P/NP:** Present, Not Present
**C/NC:** Custody, Not in Custody
**I:** Interpreter

**Courtroom Deputy**
**Original E-Filed**