1  STEPHANIE M. HINDS (CABN 154284)
   United States Attorney
2
3
4
5
6
7                    UNITED STATES DISTRICT COURT
8                   NORTHERN DISTRICT OF CALIFORNIA
9                            SAN JOSE DIVISION

10 | UNITED STATES OF AMERICA,           ) CASE NO. CR 11-00683 BLF
   |                                     )
11 |         Plaintiff,                  ) VIOLATIONS:
   |                                     ) 18 U.S.C. §§ 1030(b), 1030(a)(5)(A) and (c)(4)(G)(i)
12 |    v.                               ) - Conspiracy to Commit Intentional Damage to a
   |                                     ) Protected Computer (Class A Misdemeanor);
13 | CHRISTOPHER DOYON,                  ) 18 U.S.C. §§ 1030(a)(5)(A) and (c)(4)(G)(i) –
   |    a/k/a "PLF," "Commander Adama," and ) Intentional Damage to a Protected Computer (Class A
14 |    "Commander X,                    ) Misdemeanor)
   |                                     )
15 |         Defendant.                  )
   |                                     ) SAN JOSE VENUE
16

17                    S U P E R S E D I N G   I N F O R M A T I O N

18 The United States Attorney charges:

19                          INTRODUCTORY ALLEGATIONS

20 At all times relevant to this Superseding Information:

21      1.      The County of Santa Cruz, California ("Santa Cruz County" ), was located wholly

22 within the Northern District of California.  Santa Cruz County maintained a website on the internet

23 through computer servers also located within the Northern District of California.  This website allowed

24 access to Santa Cruz County's government entities and programs, including Emergency Services, Law

25 Enforcement, the Courts, Social Services, Agricultural Extension, Employment, Surplus Sales, Vendor

26 Registration, and Construction Projects and Proposals.  Santa Cruz County's website and computer

27 servers were used in and affecting interstate and foreign commerce and communication.

28      2.      The City of Santa Cruz ("Santa Cruz City") was located wholly within Santa Cruz

SUPERSEDING INFORMATION              1

1  County.  The Santa Cruz City Municipal Code ("the Municipal Code") was a codification of the
2  general ordinances of Santa Cruz City.  Section 6.36.010 of the Municipal Code, entitled "Camping
3  Prohibited," contained restrictions and definitions on camping within Santa Cruz City.  In response to
4  the enforcement of Section 6.36.010, protesters occupied the Santa Cruz County Courthouse premises
5  from approximately July 4, 2010, to October 2, 2010.  Law enforcement officers from Santa Cruz
6  County disbanded the protest and several protesters were charged with misdemeanors crimes in Santa
7  Cruz County.

8      3.     The People's Liberation Front, also known as PLF, was an online collective of individuals
9  that was associated with collaborative hacking attacks motivated by political and social goals, often
10  referred to as "hacktivism."

11      4.     A Distributed Denial of Service ("DDoS") was a hacking attack that attempted to render
12  a computer resource unavailable to its intended users.  One common DDoS attack attempted to saturate
13  the target computer or network with external communications requests, such that the target could not
14  respond to legitimate traffic, or responded so slowly as to render the target effectively unavailable.

15      5.     A High Orbit Ion Cannon ("HOIC") was an open source computer program that was
16  originally designed as a network security and stability testing application, but which was also used as a
17  tool by DDoS attackers.  Attackers used HOIC to send extremely large amounts of packets or requests
18  over a network in an attempt to overwhelm a target.

19  <u>Distributed Denial of Service Attacks on the County of Santa Cruz, California</u>:

20      6.     In retribution for Santa Cruz City's enforcement of Section 6.36.010 of the Municipal
21  Code, and Santa Cruz County's disbandment of the protest, the PLF coordinated and executed a DDoS
22  attack against Santa Cruz County's computer servers using HOIC.  The PLF referred to these
23  coordinated attacks on Santa Cruz County as "Operation Peace Camp 2010."

24  <u>COUNT ONE</u>: (18 U.S.C. §§ 1030(b), 1030(a)(5)(A) and (c)(4)(G)(i) - Conspiracy to Commit
25                  Intentional Damage to a Protected Computer)

26      7.     The factual allegations contained Paragraphs 1 through 6 are realleged and incorporated
27  herein by reference as if set forth in full.
28  //

8.  On or about a date unknown but at least by December 12, 2010, and continuing to on or about December 16, 2010, in the Northern District of California and elsewhere, the defendant,

**CHRISTOPHER DOYON,**
a/k/a "PLF," "Commander Adama," and
"Commander X,"

did knowingly conspire and agree with persons known and unknown, to commit Intentional Damage to a Protected Computer, in violation of 18 U.S.C. §§ 1030(a)(5)(A) and (c)(4)(G)(i), that is to commit a DDoS attack on Santa Cruz County's protected computers.

All in violation of Title 18, United States Code, Sections 1030(b), 1030(a)(5)(A) and (c)(4)(G)(i), a Class A Misdemeanor.

COUNT TWO: (18 U.S.C. §§ 1030(a)(5)(A) and (c)(4)(G)(i) – Intentional Damage to a Protected Computer)

9.  The factual allegations contained Paragraphs 1 through 6 are realleged and incorporated herein by reference as if set forth in full.

10. On or about December 16, 2010, in the Northern District of California and elsewhere, the defendant,

**CHRISTOPHER DOYON,**
a/k/a "PLF," "Commander Adama," and
"Commander X,"

knowingly caused the transmission of a program, information, code, and command, that is, HOIC, and, as a result of such conduct, intentionally caused damage without authorization to protected computers of Santa Cruz County.

All in violation of Title 18, United States Code, Sections 1030(a)(5)(A) and (c)(4)(G)(i), a Class A Misdemeanor.

DATED: 3/8/22

STEPHANIE M. HINDS
United States Attorney

*Susan Knight*
_____
SUSAN KNIGHT
Assistant United States Attorney

SUPERSEDING INFORMATION                     3

# DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT  ☒ INFORMATION  ☐ INDICTMENT  ☒ SUPERSEDING

Name of District Court, and/or Judge/Magistrate Location: **NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION**

## OFFENSE CHARGED

COUNT ONE: (18 U.S.C. §§ 1030(b), 1030(a)(5)(A) and (c)(4)(G)(i) - Conspiracy to Commit Intentional Damage to a Protected Computer)

COUNT TWO: (18 U.S.C. §§ 1030(a)(5)(A) and (c)(4)(G)(i) – Intentional Damage to a Protected Computer)

☐ Petty  ☐ Minor  ☒ Misdemeanor  ☐ Felony

PENALTY: Counts One and Two: 1 year imprisonment, max $100,000 fine, 1 year of supervised release, $25 special assessment

### DEFENDANT - U.S
Christopher Doyon

DISTRICT COURT NUMBER: CR 11-00683 -BLF

### DEFENDANT

**IS NOT IN CUSTODY**
Has not been arrested, pending outcome this proceeding.
1) ☐ If not detained give date any prior summons was served on above charges
2) ☐ Is a Fugitive
3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**
4) ☒ On this charge
5) ☐ On another conviction  ☐ Federal  ☐ State
6) ☐ Awaiting trial on other charges
If answer to (6) is "Yes", show name of institution

Has detainer been filed? ☐ Yes ☐ No  If "Yes" give date filed

DATE OF ARREST: Month/Day/Year

Or... if Arresting Agency & Warrant were not
DATE TRANSFERRED TO U.S. CUSTODY: Month/Day/Year

## PROCEEDING

Name of Complainant Agency, or Person (& Title, if any): **FBI**

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrp 20, 21, or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of: ☐ U.S. ATTORNEY  ☐ DEFENSE

SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

MAGISTRATE CASE NO.

Name and Office of Person Furnishing Information on this form: **Stephanie M. Hinds**
☒ U.S. Attorney  ☐ Other U.S. Agency

Name of Assistant U.S. Attorney (if assigned): **Susan Knight**

☐ This report amends AO 257 previously submitted

## ADDITIONAL INFORMATION OR COMMENTS

PROCESS: ☐ SUMMONS  ☒ NO PROCESS*  ☐ WARRANT   Bail Amount:

If Summons, complete following: ☐ Arraignment  ☐ Initial Appearance
Defendant Address:

\* Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time:   Before Judge:

Comments: