Christopher M. Doyon　　　　　　　　　　　　　　　　　　　　　　　　March 2022
Santa Rita Jail
5325 Broder Blvd.
Dublin, CA 94568

Your Honor Beth Labson Freeman,

 The term and concept of "civil disobedience" was first coined by Henry David Thoreau in 1849. From the eminent Mr. Thoreau, Mohandas Gandhi received and refined his own model of peaceful yet transgressive protest. And Gandhi was the primary inspiration for Dr. Martin Luther King, who placed the ideals and principles of civil disobedience into the mainstream consciousness of contemporary activists here in the USA. Indeed, it was Dr. King's final iteration of civil disobedience that would inform my own notions of peaceful resistance throughout my 35+ years of protesting for freedom and justice.

 I began my life-long mission to give a voice to the voiceless and stand for the innocent in the 80s during the "divestiture" protests here in America that were a vital part of the global Anti-Apartheid movement targeting the De Klerk regime in South Africa. I became outraged that our own government, and president Ronald Reagan, the first US president I ever voted for, would openly support the De Klerk government and the brutal and barbaric practice of apartheid.

 Two decades later, with the advent of the global internet, groups such as the Electronic Theatre and the Cult of the Dead Cow began to apply the principles of civil disobedience to the world wide web. Instead of, or sometimes alongside of, marching in the streets, we began marching down the "Information Super-Highway." And in 2010, myself and several others coalesced and codified the idea of civil disobedience on the internet by founding the online protest movement known as Anonymous. The principles of peaceful resistance first elucidated by Henry Thoreau over 150 years ago had found fertile ground in this new "virtual reality."

I stand indicted, and in fact have plead guilty to, just such protest on the internet. And so let us examine closely the exact nature of the actions for which I, once again, take <u>full</u> responsibility. One component of the indictments against me is the counts of conspiracy, wherein it is alleged that I went on social media and other public online venues and encouraged others to join our planned online protests. And I absolutely take full responsibility for these "offenses;" but rather than characterize this as "conspiracy," I would as an activist use the term "organizing" for this activity. And I was far from the only person organizing these protests.

The other charges in the indictments are for my own participation in these same online protests. Let's take a close look at <u>precisely</u> what is involved in these online protests. When you bring up a web browser on your computer, and type www.orlando.gov into the address bar, and hit the enter button, your computer generates and transmits something called a request packet. That data packet then tells Orlando.gov to send its website to your computer. When hundreds or even thousands of people do this at the same time, the website can become overwhelmed and begin to return a 404 error page, which is essentially the same thing as a busy signal on a telephone. And I acknowledge and take responsibility for doing this, along with hundreds and sometimes thousands of people – targeting those websites listed in the indictments against me. Each website targeted was rendered at least partially inaccessible, usually for less than 1 hour maximum. When the protest ended, the sites instantly returned to normal function, with no damage done whatsoever to the servers or network. This is the most peaceful form of civil disobedience ever invented.

Finally, with regards to damages, it is important to bear in mind that these cyber protests were organized by dozens of individual activists, and hundreds and sometimes thousands of individuals participated in these actions. Surely it is not just to hold me <u>solely</u> accountable for the total damages of these protests, whatever amount is realistic.

At this point it is important to point out the inadequacy of the CFAA in prosecuting cyber-activists such as myself. This is a badly written law that was drafted by Congress in the 80s as a knee-jerk reaction to the movie *War Games* and the hijinks of the phone

phreaker Kevin Mitnick. Signed into law years before the internet even existed, those who drafted the CFAA could not possibly have anticipated the actions of online protestors such as myself.

Gabriella Coleman, Harvard University professor and world-famous anthropologist who studies the culture and history of "hacktivists," has equated DDoS cyber-protests to "online sit-ins." I prefer the analogy of an unpermitted street demonstration on the "information super highway." And unlike marches in the streets, which present far more danger to the public, the protestors, and law enforcement, cyber-protest is not only infinitely safer but causes far less financial costs to a community. And illegal street protests rarely result in federal indictments.

As a lifelong believer in non-violent civil disobedience as a means of affecting social change, I have participated in countless transgressive protest actions. In 35+ years, I have never encountered any acts of civil disobedience that were more peaceful or safer than those I stand convicted of participating in in Santa Cruz and Orlando. Participation in transgressive protest is absolutely endemic to American Democracy and is indeed a patriotic responsibility. We live in dire times, where everything from the environment to a woman's right to choose in the USA is in great peril. Surely now is the time for maximum leniency, so that those who are willing to engage in civil disobedience on these issues will not be unduly chilled. As can be seen in the article I have included, transgressive cyber-protest has now become a ubiquitous part of all contemporary movements, from Black Lives Matter to the battle to preserve Roe v. Wade.

> "… It's standing on a street corner saying no to a war, it's sitting in at a Woolworths lunch counter. It's a part of the [democratic] process, it's just another medium – but it is no different." – Stanley Cohen, Attorney for the "Paypal 14," "We Are Legion" Documentary

A8   BAY AREA NEWS GROUP   001

**FABRICATED DATA**

# TikTok users and coders flood Texas abortion site

### Protesters use fake tips as expression of disgust with state's new legislation

**By Nicole Perlroth**
*The New York Times*

After a Texas law restricting abortion went into effect Wednesday, the state's largest anti-abortion group publicized a website that invited citizens to inform on the law's violators.

The website, prolifewhistleblower.com, which was set up by the group Texas Right to Life, was designed to help carry out the new law. That's because the law places enforcement not in the hands of state officials but with private citizens, who are deputized to sue anyone who performs or aids an abortion in violation of the law.

Tips about the law's potential offenders quickly flooded into the website, which features an online form so people can anonymously submit reports of those who are illegally obtaining or facilitating abortions.

But some of the tips were a little unexpected.

Texas Gov. Greg Abbott, who was a leading proponent of the abortion law, was a violator, according to some of the tips. The fictional characters from Marvel's Avengers also were apparently seeking abortions, the reports said. Other tips did not point to individuals but instead contained copies of the entire script to the 2007 animated film "Bee Movie."

The reports, which were obviously bogus, were the work of activists on TikTok, programmers, and Twitter and Reddit users who said they wanted to ensnarl the site's administrators in fabricated data.

Their digital dissent was part of a wave of reaction against the Texas law, which bans most abortions after about six weeks of pregnancy and makes the state the most restrictive in the nation in terms



MONTINIQUE MONROE — THE NEW YORK TIMES

A "Bans Off Our Bodies" protest takes place at the Texas State Capitol in Austin on Wednesday.

of access to abortion services. President Joe Biden on Thursday said the situation "unleashes unconstitutional chaos" against women.

On TikTok, a developer with the alias Sean Black said he had developed a script that automatically generated fake reports to the prolifewhistleblower.com site. After the site tried to block him, the developer released a shortcut that allowed anyone with an iPhone or iPad to automatically create a fake report using a randomly generated Texas ZIP code.

"What if somebody very technical, very handsome, set up a bot that automatically sent the request to their website," the developer said on TikTok. "Oh wait. It was me. I did that."

The developer, who declined to provide his real name for fear of retaliation, said in an interview that more than 7,200 people had clicked on his script and more than 8,450 people had clicked on the shortcut as of Thursday afternoon, based on data from Linktree, a service that helps people manage their website content. The shortcut was reported earlier by Vice.

On GitHub, a website for sharing and collaborating on software code, another programmer, Jonathan Diaz, released a script and posted a link Thursday to a new app, Pro-Life Buster, which allowed people to automatically spam the Texas website with "bogus tips." The developer wrote that the script was a way to push back against the law because it was "no one's business to know about people's abortions."

By Thursday evening, the app showed that 1,000 new reports had been shared.

Diaz said the app existed to flood the site with authentic-looking, but fabricated, data.

"The goal is to waste these people's time and resources so that they wake up and realize this effort is not worth their time," he said Friday.

These techniques, known as "hacktivism," have become increasingly prevalent. Last year, TikTok teens and fans of Korean pop music inundated a rally website for former President Donald Trump with fake registrations and then never showed up, leaving thousands of seats conspicuously empty. Anonymous, the loose hacking collective, has protested policies from the Vatican, the CIA and others by flooding their websites with junk traffic to try to force them offline.

Kim Schwartz, a spokeswoman for Texas Right to Life, denied the group's website had been overwhelmed with false reports.

"We knew this would happen and we were prepared," she said. "Activists have been trying to spam and take down the site for a week and failed."

Even so, the group's website appeared to periodically buckle Thursday and drop under the load of reports, according to screenshots posted to Reddit and other sites.

Finally, I would like to add a few words regarding my motivations for taking up these particular set of protests. I have been a practicing Buddhist for over 12 years now. Buddha taught that the homeless state, far from being a bad or disordered thing, is in fact a sacred way of life. This is emphasized numerous times throughout Buddhist scripture, with Buddha often admonishing his followers to go live in the forests that lie on the edge of settled areas, and to beg in the cities and towns for their living.

> "There are two kinds of happiness. The happiness of the home life and the happiness of homelessness; and the happiness of homelessness is superior."
> – Gothama Buddha

Thus, to stand up for the homeless, the hungry, the brave people from Food Not Bombs who were being arrested for feeding them and stand against the unjust incarceration of the founder of Food Not Bombs, Keith McHenry, present today in this courtroom – this is something that I was compelled to do both morally and spiritually. Given the circumstances, I am not sure I could have done otherwise.

To date I have spent over a year incarcerated for the offenses that I have taken responsibility for. I would like to speak briefly to how horrific this time has been for me. The conditions in which I am housed here in the Santa Rita Jail are brutal and barbaric. I was first housed for approximately two months in solitary confinement. But little did I know, that would be the best conditions of my entire stay. I actually requested protective custody, thinking that as a little old man with a high-profile case that is where I would be safest. Nothing could have been further from the truth.

I am housed in a cage that is 50 ft long and perhaps 12 ft wide with between 20-25 men. At one end of our cage is a single small room where we go to the bathroom, shower, and where our garbage is stored. There is never a time when I am more than 1 meter away from another man. Never does a week pass that there isn't a violent incident. I am in constant danger, and the continuous stress has caused severe depression. The conditions in which I am housed are, without exaggeration, filthy, brutal, and extremely dangerous. This is provable with but a passing glance at just one of the several federal lawsuits currently

being litigated against the Santa Rita Jail. And the suicide rate for inmates in Santa Rita Jail is twice that of the national average. The despair is visceral and ever present.




September 9, 2021                                                                                   **CONFIDENTIAL: LEGAL MAIL**

       **Re: Babu v. Ahern Class Action Settlement**

Dear Santa Rita Jail Prisoner:

We are writing to you, because you are a class member in Babu v. Ahern, a class action lawsuit regarding mental health care in Santa Rita Jail, and we wanted to make sure you know about the recent settlement. This is an agreement between the Sheriff and Alameda County, and the law firm, Rosen, Bien, Galvin and Grunfeld ("RBGG").

The *Babu v. Ahern* settlement may make many changes about how people are housed and classified at Santa Rita. The settlement states its goal is to *improve* and *increase the availability* of mental health treatment. The jail wants hundreds of millions of dollars to make changes. They want to hire an additional 250-260 more deputies, and build a mental health unit and "suicide resistant cells". This settlement guarantees only 4 hours of out of cell time per day. We want to know your thoughts about these proposed changes. We'd like to know **what you think will work and won't work, and what you think an alternative should be. Your opinions and experiences count!**

**Please complete the enclosed survey so that your opinions and needs can be considered BEFORE the settlement is approved and finalized.** The survey will ONLY be used to share your perspective with the court and to try to stop parts of the settlement that you do not want. It is sent & returned by legal mail. This means that ACSO Deputies are not allowed to read it.

Q: Who is covered?
A: Every prisoner in Santa Rita Jail would be covered by this agreement.

Q: Will this settlement pay money damages?
A: Prisoners will not be compensated. The Jail will receive funding for 250-260 deputies, and to do more jail construction. Attorneys will receive fees totaling $4 million: $2.1 up front; $1.9 over the next 5 years.

Q: Will this settlement release people from Santa Rita?
A: The settlement will NOT release anyone from Santa Rita, but make changes to how people are housed and classified.

Q: Who will monitor the settlement?
A: The Sheriff and attorneys have agreed on a group to monitor compliance with the proposed changes. Most of these people, whom the settlement calls "experts," have worked with jails and prisons in the past. For example, the person who reviewed custody operations and housing, Terri McDonald, worked for CDCR, LA County Jails, and ACSO. She previously stated that SRJ's practice of placing pregnant women in solitary confinement was NOT a violation of procedure.

**NATIONAL LAWYERS GUILD - SAN FRANCISCO BAY AREA  |  558 Capp Street, San Francisco, CA. 94110  |  (415) 285-5067**

**Many community folks are concerned about expanding the jail and giving the jail more money.** In North Carolina and Massachusetts, there are mental health programs run by people who understand trauma and have success helping and treating incarcerated folks as an alternative to jail. Which do you think would work better to treat health issues? A community treatment program or a jail program?

<u>**We Want Prisoners to Tell The Court Your Opinion.**</u>   Do you think that the County should consider incarcerated people's input before approving this settlement? Would you like to receive a full copy of the settlement? We are asking the Court to require the Jail to post the entire document on your tablets. We can also help you write up your opinion and to let the Court know your real experience.  Please call **510-925-4060**. We will contact you (and visit you if we can) and help you with the writing.  Please fill out the Questionnaire and return this to us.

**Please also let us know if other people would like to receive a copy of the questionnaire.** We have enclosed one extra copy. You can call our hotline or include the names and PFNs of anyone you think would like to receive a copy.

In solidarity,

Santa Rita Jail Hotline
National Lawyers Guild – San Francisco Bay Area Chapter



CONFIDENTIAL: LEGAL MAIL

## What is the *Babu v. Ahern* Consent Decree (AKA Settlement)?

*Babu v. Ahern* is a class action lawsuit filed in 2018 by the law firm Rosen Bien Galvan & Grunfeld (RBGG) claiming that the Alameda County Sheriff's Office (ACSO) fails to provide adequate mental health care at Santa Rita Jail. Rather than go into litigation, RBGG settled with the County. The Consent Decree outlines the terms of settlement.

RBGG and the Sheriff decided together on a group of paid experts who came up with recommendations for addressing the mental health needs of people inside of Santa Rita Jail (SRJ). Dr. James Austen and Mike Brady made recommendations on classification, COVID-19 and disability accommodations. Both have both worked in the past in the CDCR (California Department of Corrections and "Rehabilitation") system. Mike Brady made many scheduled visits to Santa Rita, all of which were guided by the Sheriff and downplayed the lived experiences of incarcerated people. Dr. James Austen previously offered expert testimony in Ashker vs Brown - a lawsuit concerning solitary confinement in California prisons..

Prisoners inside SRJ reported filthy living conditions and lack of medical and mental health care since long before the COVID-19 pandemic. The jail's medical care for COVID-19 consisted of locking people up for 14 days and giving them one cough drop and some Tylenol. Yet, the settlement claims that "no court has found Defendants' (ACSO's) response to the pandemic to be deficient". There has been an alarming number of suicides, and many people have expressed a lack of critically needed mental health and medical support.

**What Does This Settlement Say?** *The Consent Decree is 110 pages and covers the following areas:*
- COVID-19
- Mental healthcare and suicide prevention
- New classification system with "Therapeutic Housing Unit" for people with mental illness
- Minimum levels of out of cell time
- Use of force policy changes
- Grievance reform & the creation of Ombudsman and Inmate Advisory Council
- Disability reforms

*The settlement provides $4 million in attorneys' fees to RBGG; with $2.1 paid immediately and an additional $1.9 million over 5 years. Prisoners who are class members will not receive any compensation.*

**Who We Are:** We are concerned community members, organizations, formerly incarcerated people and family members of incarcerated people who believe that the best way to address the harms caused by incarceration is to invest in community infrastructure, not law enforcement or jail expansion. We believe that giving more money to Santa Rita Jail - and allowing it to disguise itself as a mental health provider - is an abuse of power. We have many concerns about the proposed settlement.

**What is our concern:** We are concerned that a settlement which gives further funds and staff to ACSO will set a dangerous precedent. After the murder of George Floyd, the movement to defund police gained tremendous momentum and many people want money to instead go to community services. This settlement would disrupt this momentum and give more power to the Sheriff.



**CONFIDENTIAL: LEGAL MAIL**

County funds and construction contracts will be required to implement structural and staffing changes at SRJ. The settlement places decision-making and implementation power in the hands of the County, particularly the Sheriff's Office and Alameda County Behavioral Healthcare. We have not seen the County willing or able to hold the Sheriff accountable to produce even an itemized budget, let alone stand their ground regarding the inhumane treatment of incarcerated people. We do not have faith that the settlement will change this.

## Our specific objections include:

**This settlement will make the jail larger.** We know that if there is jail space, the Sheriff will fill it. This is because prisoners generate revenue. The Sheriff has a contract with the US Marshals to rent bed space. The Sheriff also accepts money from other counties for meals made by unpaid prisoner workers. And despite the pandemic and new Delta variant of COVID-19, the County has not allowed further emergency releases and the jail population has continued to increase.

**This settlement will give the jail more money - and more staff.** The Jail supports this settlement because they would get to hire **259 more deputies**. In contrast, Alameda County Forensic Behavioral Health (AFBH), which provides mental healthcare, only gets to hire **161 more staff.** Community organizations do not believe that the Sheriff is capable of providing mental healthcare. ACSO Deputies treat people with hostility and have not shown genuine interest in making prisoners' lives better. Mental health workers agree that *true harm reduction* would involve getting as many people out of jail as possible, as soon as possible.

**The settlement puts mental health treatment exclusively in the hands of the jail:** Community organizations do not believe that ACSO is capable of providing mental healthcare. ACSO Deputies treat people with hostility and have not shown genuine interest in making prisoners' lives better. Santa Rita's track record and culture of cruelty give us no reason to believe that "therapeutic housing units" will not be places of even greater harm. Because mental healthcare is not the agency's primary purpose, allowing it to disguise itself as a mental health provider represents an abuse of power - power which should instead be reinvested in the community. There was no avenue for the community to give input into any training, hiring, or services required by the settlement.

**This settlement will create more bureaucracy.** This settlement creates an additional division called the "Compliance Unit" that will include one sergeant, two lieutenants and one captain. Sergeants make a lot of money. For example in 2018, Sgt. Kelly made $243,000; Sgt. Barnes made $330,000; and Captain Hesselein in 2019 made $228,000, all before benefits. Meanwhile, Santa Rita Jail charges prisoners much more for phone, commissary, and video visits than other Bay Area jails, and provides very little in services.

**Under the settlement, jail conditions would still be very restrictive.** The settlement would mandate a maximum of four hours per day of out of cell time for General Population. This is not very much time. This four hours *includes* outdoor recreation and "structured time" such as programs or work assignments. This is not an improvement from what is going on now.

**This settlement does not guarantee improvements for prisoners.** The settlement doesn't say how it will prevent retaliation or group punishment against prisoners for filing grievances. Despite the fact that privacy in mental health visits is a serious concern, the settlement only encourages



CONFIDENTIAL: LEGAL MAIL

Deputies to stand "at the greatest distance possible" from a therapist appointment. So-called "suicide resistant cells" are not defined in the settlement as meaningfully different from safety cells.

**All bets are off for protesters.** The Consent Decree permits ACSO to be noncompliant with any improvements mandated by the settlement in the event of "mass arrests or serious disturbances." Protesters, such as those who mobilized after the murder of George Floyd, do not get any benefits from this settlement.

**The jail is demanding more funding and staff to implement policies that already exist or do things they should already be doing.** The settlement says that people shouldn't be needlessly placed into solitary confinement, and that women should be treated the same as men. These are basic rights guaranteed by the United States Constitution.

**This settlement counts on ACSO to hold itself accountable.** Just like there was no community oversight or community participation in settlement negotiations, there's no way for the community to give input into any training, hiring, or services required by the settlement.

### What do we want instead:

- **Releases from SRJ:** If the County agrees that people inside of SRJ should be in a residential unit for mental health issues then why are they in jail at all? Why not release them into a community-run, quality, humane, truly healing residential community to address trauma and mental health issues?

- **Community and peer-based care:** Instead of funding jail construction, the County should fund a proposal for third-party mental health provided by community-based organizations and providers who already have relationships with people impacted by SRJ. This could include peer-run mental health, like this facility being developed in North Carolina.

- **Real alternatives:** This expansion contradicts efforts to stop jail construction and close prisons; as well as efforts to redirect funds from police and prisons into mental health services. The settlement could and should instead fund a continuum of mental health alternatives to policing; prevention beginning before incarceration, diversion from incarceration, and resources upon release to reduce future incarceration.

---

**We Want Prisoners, their loved ones and community members to tell the court your opinion.** *Do you think that the County should consider incarcerated people's input before approving this settlement? Would you like to receive a full copy of the settlement?*

We are asking the Court to require the Jail to post the *entire* document on tablets. We can also send you a hard copy. *To receive a full copy of the settlement write us at National Lawyer's Guild...558 Capp Street, San Francisco, CA, 94110.*

**We can also help you write up your opinion and to let the Court know your real experience. Please call 510-925-4060. We will visit you and help you with the writing.**

**Community members and organizations can also email us at srjhotline@nlgsf.org to get more information and get involved.**

3

During my incarceration in the Santa Rita Jail, wave upon wave of Covid-19 has swept through both the staff as well as the inmate population. As a senior citizen and a life-long cigarette smoker, I am keenly aware that contracting Covid-19 could end my life. And living in the crowded and filthy conditions I have already described during this deadly pandemic has been nothing short of terrifying. Between the violence and the virus, I have never been more certain that I would die.



For over a year, I have endured these hellish conditions of incarceration. For the sake of my family, friends, and supporters, I have tried to be brave. But it will take me years to recuperate my physical health, and I doubt that even a lifetime of counseling can fully heal the psychological damage of this experience. I am absolutely certain that I can not survive in here much longer.

I am certain that this court would like to know how I would conduct myself and what I would do if I am granted my freedom. First, I want to say I am tired. Having spent 35+ years of my life as an activist, and being well into the autumn of my life, I want nothing more than to retire from my activism. I can thus assure Your Honor that you will not be seeing me again in your courtroom. I would request that I be allowed to resettle in Idaho Falls, Idaho, where my younger sister lives. She is disabled with Multiple Sclerosis and would benefit from the help I could give her in day to day living. She has sent a letter addressed to this court.

As I stated previously, I converted to Buddhism over 12 years ago. I have used the great deal of time on my hands to immerse myself in the study of Buddhist scripture and teachings, as well as prayer and meditation. The simple truth is this has probably saved my life and sanity in this dark and brutal place. These hundreds of hours of study, prayer, and contemplation have given me a newfound confidence in my faith, and I should like very much to begin attending retreats at various Buddhist monasteries and temples around the US. Perhaps I might even travel to Dharmsala, India to seek an audience with His Holiness the Dalai Lama.

I am a published author, with 2 books in print already, and a third that is partially finished. I should like very much to continue to write and publish, perhaps branching out from politics into philosophy, science, and other topics that interest me. My first two books were well received, I have a loyal fanbase, and my third book is eagerly awaited. Becoming a published author has been one of the most rewarding things I have done in my life.

And finally, Your Honor, I would like to tell you about my Baby Bois – my Little Princes. Xander and Xaviar are the center of my very existence, the very reason and purpose of my life. I do not have, nor do I desire, human children. These beautiful little souls are all I need.

At risk of trying the courts patience, I would like to tell you their stories, and how they came to be in my life. Both of my boys were rescued from the streets of Mexico. Frankly, and in that country in particular, obtaining dogs any other way is simply wrong on so many levels.

I adopted Xander as a puppy just over 2 months old from the city shelter in Guanajuato, Mexico. I was in a very dark place in life, and frankly I was so depressed that I was a danger to myself at the time. I have no idea if I saved Xander's life, but I can surely tell you, he saved mine!

Approximately 2 years later, Xander and I were living together in an apartment in Guanajuato when our neighbors moved out and left little Xavi abandoned and alone in the parking lot of our building! We were in the midst of a heatwave, and poor Xavi spent his days hiding under the cars, frightened out of his mind. He survived over a week on the

meager offerings of food and water from people in the building. He was terrified, and would run away from anyone who approached. After about ten days of this Xander and I were walking through the parking lot, and it was obvious poor Xavi was not doing well. I told Xander, "you know if we don't do something soon, we may have to bury that poor guy up on the mountain out back." Xander just gave me a look as if to say, "well papa, that's sort of on you."

The problem was, I had no one to help me catch the little guy, and he was terrified and fast. I went downstairs and using a stick so as not to alarm him, I slid food, water, and one of Xander's toys under the car where little Xavi cringed in terror and exhaustion. Then I sat down on the pavement, and did the only thing I would think of, I simply talked to him. I said, "Look, I know you're scared. But me and Xander want you to live with us, forever, and we will love you and make you happy and you will never be alone again. But I can't catch you, I am too old and slow. But you know where we live. You have to come in the building and come upstairs. I will leave the door open."

Hours later, when I was about to take Xander for another walk, I opened our door and there was little Xavi asleep on our stoop! I quickly put Xander in the back room then crept back to the door, threw it open, and moving faster than I thought I could I snatched out little Xavi up and brought him in. He has been a part of our little family ever since. Xander loves him like a brother, and he is adored by me and everyone who knows us.

At this time my Baby Bois are safe with my dear friend Stephanie in Mexico City. But they need their Papa, and I desperately need them. Not a day goes by that I don't weep for missing them, and every moment I am apart from them, my heart and soul shatters into a million pieces. I beg of you, Your Honor, please free me today so that I can be with my Princes, my Baby Bois, again. They live for such a short time, and every day with them is a precious treasure.








I want to be crystal clear on what I am asking of this court, Your Honor. I am asking for leniency and mercy. Specifically, I request that my custodial sentence be the 13 long months I have already served, and that I be released from the Santa Rita Jail to day. Furthermore, I request that any probation be as short and informal as possible, leaving me free to travel to my sister in Idaho and reside there with her for the foreseeable future.

I also ask that my release conditions not prohibit me from computer or internet use, as this would make it impossible for me to make a living going forward. And finally, I ask that any restitution and/or fines take into consideration that I was only one of dozens of people who organized these online protests, and only but one of thousands around the world who participated in them. Please have mercy on me, Your Honor. I am just a little old man who desperately wants to be with my little doggies again.

Sincerely,

Christopher M. Doyon

Freecommanderx.org