# Show Mercy to Homeless Rights Activist Commander X





[**Free Commander X**](#) **started this petition**

We, the undersigned, hereby petition the Federal Court in the Northern District of California and the Honorable Judge Beth Labson Freeman, as follows:

We respectfully ask that on June 28th of 2022, you would show mercy on the human rights activist Christopher Doyon, aka "Commander X," by sentencing him to a term of time already served, and release him to a modest term of probation, and with a fair and reasonable fine.

# Reasons for signing

See why other supporters are signing, why this petition is important to them, and share your reason for signing (this will mean a lot to the starter of the petition).

 **cat flyhigh**
3 weeks ago

He is facing years in prison for sleeping in public (during a protest for the homeless) and a ddos attack? The land of the free and the home of the brave?

♡ 3

---

 **Anna Fauzy-Ackroyd**
3 weeks ago

Christopher Doyon is a human rights activist. He cares about the rights of others. Please show care and mercy in return. Please release him. The family suffering from his imprisonment which serves no purpose for anybody.

♡ 2

---

 **Will Wimmer**
3 weeks ago

I learned of Commander X from a news show and have been following him closely ever since. He is truly a harm to know one and is a kind and caring man who just wants to help those that are less fortunate. Please show leniency on Christopher and release him on time served.

♡ 2

---

 **Christian Beck**
4 weeks ago

Christopher has over a year time served and needs to be reunited with his family and loved ones (especially his dogs) and allowed to regain his health! Please show mercy for this man!

♡ 2

---

 **Alison Mason**
4 weeks ago

Commander X was only trying to do good for people

♡ 2

**Parvez Tehrani**
4 weeks ago

He is not threat to anyone at all. Deserves to be free

♡ 3

**John Chadwick**
4 weeks ago

Christopher is a massively compassionate person.

♡ 1

**joann mansfield**
4 weeks ago

Christopher has shown his empathy, compassion and humanity for other in his actions. His passion for helping those before himself is very apparent when you do take the time and talk to him, as I have. He has walked a mile in another persons... Read more

♡ 1

**James Miller**
4 weeks ago

He deserves to be free. It's that simple

♡ 1

**joann mansfield**
4 weeks ago

Christopher was only trying to help the homeless and no permanent damage was done, what he did was bring attention to the problem... Read more

♡ 1



**Denica De Foy**
4 weeks ago

Christopher is a kind and intelligent man who simply did a digital sit in for the mistreated unhoused community. Please allow for only time served, due to his health and the lack of damage from his supposed crime. Thank you.

♡ 1



**Rosalinda Pimentel**
4 weeks ago

Rebelarse ante la imposición cuando se tiene perspectiva de derechos humanos y clase es más que un derecho o una obligación, ante la cultura del terror del imperialismo y la violencia qué se vive desde los más poderosos contra quiénes menos tienen y a quiénes más se lacerá
Defender a quién defiende a los otros debería ser algo obligado.
Anónimus es una parte bde nuestra vida que rompe con la invencibilidad del sistema de opresión de los grigos y otros imperios

 1





**Torres Jessica**
4 weeks ago

Justicia

 1





**Beth Grundfest-Frigeri**
4 weeks ago

I believe this gentleman is a hero, not a criminal.

 1



| Name | City | State | Postal Code | Country | Signed On |
|---|---|---|---|---|---|
| Free Commander X | | FL | | US | 2022-05-14 |
| Misty Boetcher | Columbus | OH | 43130 | US | 2022-05-14 |
| Barbara Callahan | Valley Stream | NY | 11581 | US | 2022-05-14 |
| Irene Potashner | Houston | TX | 77055 | US | 2022-05-14 |
| Tony Tramontano | Tampa | FL | 33617 | US | 2022-05-14 |
| James Oldenburg | Washington | DC | 20009 | US | 2022-05-14 |
| Ricardo Kruz | San Luis Potosí | | 78390 | Mexico | 2022-05-14 |
| Aka Gb | cardè | | 12030 | Italy | 2022-05-14 |
| Nicola Richards | Manchester | ENG | M345QG | UK | 2022-05-14 |
| Ondřej Jakeš | | | | Czech Republic | 2022-05-14 |
| Jay Remy | | | | Netherlands | 2022-05-14 |
| Beth Grundfest-Frigeri | Linn | NY | 65051 | US | 2022-05-15 |
| Diedra Perez | Hickory | | 28601 | US | 2022-05-15 |
| Sean O'Brien | Queens | NY | 11378 | US | 2022-05-15 |
| Rodney Evans | Honolulu | HI | 96814 | US | 2022-05-15 |
| Dino Last | | | | Netherlands | 2022-05-15 |
| Leticia Enríquez | | | 52740 | Mexico | 2022-05-15 |
| Adriana Pizzacalla | Thorold | | L2V | Canada | 2022-05-15 |
| Carla Viana | | | | Portugal | 2022-05-15 |
| Irene Heitsch | Austin | TX | 78727 | US | 2022-05-15 |
| Torres Jessica | Ciudad Victoria | | 87030 | Mexico | 2022-05-15 |
| Beverly Hussein | High Point | NC | 27263 | US | 2022-05-15 |
| Marie Rene | Lancaster | | 17603 | US | 2022-05-15 |
| Rosalinda Pimentel | | | | Mexico | 2022-05-15 |
| Wendy Ward | Monterey | CA | 93940 | US | 2022-05-15 |
| Tonya Staffeld | Belleville | | 48111 | US | 2022-05-15 |
| Carlos Cervantes | | | 14650 | Mexico | 2022-05-15 |
| Allison Tessmer | Palatine | | 60067 | US | 2022-05-15 |
| Jessica Ferrara | College Station | TX | 77840 | US | 2022-05-15 |
| Evan Vazquez | Orlando | | 32817 | US | 2022-05-15 |
| Da Vinci | | | | Ukraine | 2022-05-15 |
| Jan STRAIN | Denver | CO | 80212 | US | 2022-05-15 |
| Jamie marie Frost | Yeovil | ENG | BA21 5RG | UK | 2022-05-15 |
| Jesse Boyer | Pittsford | NY | 14534 | US | 2022-05-15 |
| Adriana Olea | Mexico City | | 03100 | Mexico | 2022-05-15 |
| Jeffrey Stevenson | Toronto | | M5A | Canada | 2022-05-15 |
| Birgitta Jonsdottir | Reykjavik | | 00105 | Iceland | 2022-05-15 |
| Denica De Foy | Pacific Grove | CA | 93950 | US | 2022-05-15 |
| Gunnar Grímsson | Reykjavik | | 107 | Iceland | 2022-05-15 |
| Laura Genovese | New York | NY | 10002 | US | 2022-05-15 |
| Samuel Portela | Fortaleza | | | Brazil | 2022-05-15 |
| Marc Lucier | West Palm Beach | FL | 33405 | US | 2022-05-15 |

| Name | City | State | Postal Code | Country | Signed On |
|---|---|---|---|---|---|
| Matt Price | Waymart | PA | 18472 | US | 2022-05-15 |
| Towe Christensen | Stockholm | | | Sweden | 2022-05-15 |
| Thomas Bruun | Viby | | 4130 | Denmark | 2022-05-15 |
| Marsha Arakawa | Avondale | AZ | 85392 | US | 2022-05-15 |
| Benjamin Haushalter | East Stroudsburg | PA | 18301 | US | 2022-05-15 |
| Jack Dove | Brooklyn | NY | 11220 | US | 2022-05-15 |
| Melissa Finger | Chicago | IL | 60632 | US | 2022-05-15 |
| John Dunning | Buckeye | AZ | 85326 | US | 2022-05-15 |
| Kim Jones | Candor | NY | 13743 | US | 2022-05-15 |
| Andie Cascioli | Columbus | OH | 43229 | US | 2022-05-15 |
| Dana Gottesfeld | Somerville | MA | 02143 | US | 2022-05-15 |
| Jacqueline SCOTT | | | 22600 | France | 2022-05-15 |
| Moslem Aljayashi | Minneapolis | MN | 55433 | US | 2022-05-15 |
| Julie Laggetiy | Miami | | 33101 | US | 2022-05-15 |
| Mary Marx | Los Angeles | CA | 90004 | US | 2022-05-15 |
| Michael Schlabig | Hagerstown | MD | 21740 | US | 2022-05-15 |
| Joann Mansfield | Crystal beach | | L0S1B0 | Canada | 2022-05-15 |
| Ві Пр | | | | Ukraine | 2022-05-15 |
| James Miller | Homer | AK | 99603 | US | 2022-05-15 |
| Joshua Benton | Richmond | CA | 94804 | US | 2022-05-15 |
| Suhailee De Jesus | Woodhaven | | 11421 | US | 2022-05-15 |
| NEVER BE SILENT Lorraine Wardley | PRESTON | ENG | PR3 3UF | UK | 2022-05-15 |
| GARY LANG | Toronto | | M6H3B3 | Canada | 2022-05-15 |
| Aaaa Aaaa | Floral Park | | 11001 | US | 2022-05-15 |
| cheryl Jacewicz | Trenton | | K8V | Canada | 2022-05-15 |
| Heather Gordon | Toronto | | M6J | Canada | 2022-05-15 |
| Hal Perry | Toronto | | M3H | Canada | 2022-05-15 |
| Evelin Schallert | Rettenbach am Auerberg | | 87675 | Germany | 2022-05-16 |
| Mike Chappell | Barrie | | L4N | Canada | 2022-05-16 |
| Gloria Carol | Albuquerque | NM | 87112 | US | 2022-05-16 |
| John Chadwick | Markham | | l6B1C5 | Canada | 2022-05-16 |
| Brian Noeller | Hughson | CA | 95326 | US | 2022-05-16 |
| Dena Brehmer | Wilsonville | OR | 97070 | US | 2022-05-16 |
| Ara Ohanyan | Glendale | | 91207 | US | 2022-05-16 |
| Adam Greenhill | Toronto | | M5P | Canada | 2022-05-16 |
| vasiliki m | laval | | h7v2j2 | Canada | 2022-05-16 |
| Anthony Parente | Toronto | | M6J | Canada | 2022-05-16 |
| Anna Mairs | Des Moines | IA | 50310 | US | 2022-05-16 |
| Nataliia Mechetna | Irvine | | 92620 | US | 2022-05-16 |
| Angela Cole | Vancouver | | 98662 | US | 2022-05-16 |
| Nul Null | Lagos | | | Nigeria | 2022-05-16 |
| James Endeacott | Bristol | | BS4 | UK | 2022-05-16 |

| Name | City | State | Postal Code | Country | Signed On |
|---|---|---|---|---|---|
| Christopher Fletcher | Tottenham | ENG | N17 | UK | 2022-05-16 |
| Christine Gordon | Oakville | | L6J | Canada | 2022-05-16 |
| Milca VAN DEN STEENE | Fort-de-france | | | Martinique | 2022-05-16 |
| Parvez Tehrani | Ottawa | | K2B | Canada | 2022-05-16 |
| Alison Mason | Airlie Beach | | 4802 | Australia | 2022-05-16 |
| Kim Schwanke | Chittenango | NY | 13037 | US | 2022-05-16 |
| Sarahs Wood | Bunceton | MO | 65237 | US | 2022-05-16 |
| Angela Barnetti | Biella | | 13900 | Italy | 2022-05-16 |
| Tresilla Wood | Derby | ENG | DE22 | UK | 2022-05-16 |
| Courtney Imholt | Eugene | OR | 97405 | US | 2022-05-16 |
| Casey Brewer | Lapeer | | 48446 | US | 2022-05-16 |
| Adrian D | St. Petersburg | FL | 33709 | US | 2022-05-16 |
| Alan Smith | Stourbridge | | DY8 | UK | 2022-05-16 |
| Christian Beck | Los Angeles | CA | 90028 | US | 2022-05-16 |
| Will Wimmer | Johnsonville | SC | 29555 | US | 2022-05-16 |
| Raman Vasikarla | Coppell | | 75019 | US | 2022-05-17 |
| Olivia Léandri | Bordeaux | | 33800 | France | 2022-05-17 |
| Alex Saint-Jean | Miami | | 33169 | US | 2022-05-17 |
| Alfonso Ochoa | Mexico City | | 06700 | Mexico | 2022-05-17 |
| tommy gettys | Fulton | | 49052 | US | 2022-05-17 |
| Rachel Dunn | Tulsa | | 74127 | US | 2022-05-18 |
| Alex Ramírez | Cuernavaca | | 62130 | Mexico | 2022-05-18 |
| lola noriega | Las Nubes | | 06100 | Mexico | 2022-05-18 |
| Allan Martinez | Laredo | | 78045 | US | 2022-05-18 |
| Belle Zogby | Lemont | | 60439 | US | 2022-05-18 |
| TINA PINNEY | Augusta | ME | 04330 | US | 2022-05-18 |
| Angie Greenwalt | Hiram | OH | 44234 | US | 2022-05-18 |
| Rennirah Leverette | London | MI | | US | 2022-05-18 |
| Delia Labarre | New Orleans | LA | 70117 | US | 2022-05-18 |
| Anna Fauzy-Ackroyd | Ryde | ENG | PO33 1LG | UK | 2022-05-18 |
| Randy Credico | New york | NY | 20011 | US | 2022-05-18 |
| Brittany Farrrll | Milwaukee | WI | 53226 | US | 2022-05-18 |
| Andrew McGuiness | Enmore | | 2042 | Australia | 2022-05-18 |
| Kathy Fleißner | | | 63179 | Germany | 2022-05-18 |
| TONY HAMMOCK | Stone Mountain | GA | 30083 | US | 2022-05-18 |
| Daniel Boling | Roswell | GA | 30075 | US | 2022-05-18 |
| Chelcie Graul | Niles | | 49120 | US | 2022-05-19 |
| Ashley Royster | Greenville | | 45331 | US | 2022-05-19 |
| brianna ash | Hollywood | | 33020 | US | 2022-05-19 |
| Juanita Hafley | Palmer | | 99645 | US | 2022-05-19 |
| Jermaine Jacobs | Columbus | | 43206 | US | 2022-05-19 |
| Brittany Jones | West Paducah | | 42025 | US | 2022-05-20 |
| Roger Kulp | Albuquerque | NM | 87112 | US | 2022-05-20 |

| Name | City | State | Postal Code | Country | Signed On |
|---|---|---|---|---|---|
| Olivia Ferri | Cranberry Twp | | 16066 | US | 2022-05-20 |
| Matthew Peart | Monongahela | | 15063 | US | 2022-05-20 |
| Kelli Yandell | McKinney | | 75071 | US | 2022-05-20 |
| Adam Kaluba | Burleson | | 76028 | US | 2022-05-20 |
| Ken Kowalski | Richmond | | V6Y | Canada | 2022-05-21 |
| Sophia Billings | Dearborn Heights | | 48127 | US | 2022-05-21 |
| Rachelle Howell | Potlatch | | 83855 | US | 2022-05-21 |
| George Toups | Panama City Beach | | 32407 | US | 2022-05-21 |
| abby helton | Nokomis | | 34275 | US | 2022-05-21 |
| Osvaldo Diaz | Hollywood | | 33025 | US | 2022-05-22 |
| Elise Tai | | | | Hong Kong | 2022-05-22 |
| b malina | | | | US | 2022-05-23 |
| Jon Arseneault | Gilbert | | 85295 | US | 2022-05-23 |
| Mona Colino | Frankfurt Am Main | | 60326 | Germany | 2022-05-23 |
| Toni Hamilton | Detroit | | 48 | US | 2022-05-23 |
| Noah K | | | 23233 | US | 2022-05-23 |
| Jacqueline Spieweg | Berlin | | 14197 | Germany | 2022-05-23 |
| Lauretta Padgett | Sullivan | | 47882 | US | 2022-05-24 |
| Stacey Blouse | New Bedford | | 02745 | US | 2022-05-24 |
| Lisa Johnson | Ogden | | 84414 | US | 2022-05-24 |
| gianna carbone | Erie | | 16509 | US | 2022-05-24 |
| Brandon Micek | Omaha | NE | 68122 | US | 2022-05-24 |
| Austin Hampshire | Omaha | NE | 68134 | US | 2022-05-24 |
| deborah reeves | salt lake city | UT | 84116 | US | 2022-05-24 |
| SHook Young | Atlanta | | | US | 2022-05-25 |
| LAVERNE LAINE | LEXINGTON | | 40583 | US | 2022-05-25 |
| Noe Cherif | Washington | | 20009 | US | 2022-05-25 |
| brielle landau | Ridgefield Park | | 07660 | US | 2022-05-25 |
| Barry Purter | Bronx | | 10456 | US | 2022-05-25 |
| KEGAN Whelan | London | | | US | 2022-05-25 |
| Consuelo Vergara | San Diego | CA | 92101 | US | 2022-05-26 |
| Valeria Iacobucci | Cold Spring | | 10516 | US | 2022-05-26 |
| Michael Gogel | Dallas | TX | 75201 | US | 2022-05-26 |
| Anna Jules | Manchester | | 567832 | UK | 2022-05-26 |
| Cameron Holloway | Mechanicsville | | 23111 | US | 2022-05-26 |
| Jacob Beckstrom | Lakeville | | 55044 | US | 2022-05-26 |
| Vanessa Garges | Omaha | NE | 68122 | US | 2022-05-27 |
| Greta Azure | Minneapolis | | 55084 | US | 2022-05-27 |
| Esha Mills | Sugar Land | | 77479 | US | 2022-05-28 |
| Dayarie Rodriguez | Orlando | | 32825 | US | 2022-05-29 |
| Kevin A | Pembroke Pines | | 33028 | US | 2022-05-29 |
| Finch rojas | Las Vegas | | 89102 | US | 2022-05-29 |
| Alma Romero | Dallas | | 75216 | US | 2022-05-29 |

| Name | City | State | Postal Code | Country | Signed On |
|---|---|---|---|---|---|
| April Wouk | Springfield | | 65802 | US | 2022-05-29 |
| Jernajah Reynolds | Greenville | | 36037 | US | 2022-05-30 |
| Crystal Penquite | Dallas | | 76549 | US | 2022-05-31 |
| Xhevdet Latifi | Mitrovicë | | | US | 2022-05-31 |
| Jeni Lee | | | 37814 | US | 2022-05-31 |
| Erin McBride | | | | US | 2022-05-31 |
| Fatima Lopez | Clovis | | 93612 | US | 2022-05-31 |
| Sherri Brightmon | Los Angeles | | 90026 | US | 2022-05-31 |
| amina pleasant | Paterson | | 07501 | US | 2022-05-31 |
| Rylee Rollins | Chipley | | 32428 | US | 2022-05-31 |
| Jayce Haaff | Greensboro | | 27405 | US | 2022-05-31 |
| Raymond Magana | Van Nuys | | 91406 | US | 2022-06-01 |
| Ana Villarreal | Mission | | 78574 | US | 2022-06-01 |
| Corey Meyers | Lakeland | | 33809 | US | 2022-06-01 |
| Kat Thomas | Wichita | | 67210 | US | 2022-06-01 |
| Nancy Yarosis | Benson | NC | 27504 | US | 2022-06-01 |
| Luna Wilson | Orinda | | 94563 | US | 2022-06-01 |
| Ignus Noctis | Puebla | | 15020 | Mexico | 2022-06-01 |
| Sherri Williams | Ormond Beach | FL | 32174 | US | 2022-06-01 |
| Louise Bracken | Rainbow City | AL | 35906 | US | 2022-06-02 |
| Miah Vierow | Brewerton | | 13029 | US | 2022-06-02 |
| Tyler Stark | Redding | | 06896 | US | 2022-06-02 |
| Gabe D'Aiello | Victor | | 14564 | US | 2022-06-02 |
| Brandon Harris | Springfield | | 65804 | US | 2022-06-02 |
| Jamir Neighbors | Highland Park | | 60035 | US | 2022-06-03 |
| Linda Woodford | Braintree | | 02184 | US | 2022-06-03 |
| Nicole Surguy | Annapolis | | 21409 | US | 2022-06-03 |
| Rye Lennen | New York | NY | 10033 | US | 2022-06-04 |
| Kendarius Kent | Atlanta | | 30309 | US | 2022-06-04 |
| Andrew Paredes | Rockwall | | 75087 | US | 2022-06-04 |
| Sayah's World | | | | US | 2022-06-04 |
| ThomasHallett Hallett | Shelton | | 98584 | US | 2022-06-04 |
| Lisa Hart | Woodridge | | 60517 | US | 2022-06-04 |
| Ian Dickson | | | | US | 2022-06-04 |
| Robert Greer | Mountain City | | 37683 | US | 2022-06-05 |
| Jason Boothe | Antioch | | 94509 | US | 2022-06-05 |
| Crystal Zinn | Thurman | | 45685 | US | 2022-06-06 |
| Emily Hall | Birmingham | AL | 35209 | US | 2022-06-06 |
| Rhonda Kingery | St. Croix  Falls | | 5404 | US | 2022-06-06 |
| helissa salas | Bronx | | 10468 | US | 2022-06-06 |
| Levi Nelson | Maple Valley | | 98038 | US | 2022-06-06 |
| Ruqayyah R | Sanford | | 27330 | US | 2022-06-06 |
| Diamond V | Bronx | | 10473 | US | 2022-06-06 |

| Name | City | State | Postal Code | Country | Signed On |
|---|---|---|---|---|---|
| Ev Harkins | Ashburn | | 20147 | US | 2022-06-06 |
| Ryan Constantine | Conroe | | 77304 | US | 2022-06-06 |
| Sadie Mcshane | Gainesville | | 32605 | US | 2022-06-07 |
| Christopher Rabena | Stockton | | 95207 | US | 2022-06-07 |
| Carlee Svoboda | Breda | | 51436 | US | 2022-06-07 |
| Michelle Holycross | North Highlands | | 95660 | US | 2022-06-08 |
| Omar Shaker | Saint Paul | | 55129 | US | 2022-06-08 |
| Bruh Moment | Stamford | | 06902 | US | 2022-06-08 |
| Isabella Gallagher | Amesbury | | 01913 | US | 2022-06-08 |
| Shay Hamilton | Milwaukee | | 53216 | US | 2022-06-08 |
| Alan Velenzalo | Riviera | | 78379 | US | 2022-06-08 |
| Tamara Hansen | Lancaster | | 93535 | US | 2022-06-08 |
| Kristina Lusk | Floral | | 72534 | US | 2022-06-09 |
| Dominik Novoa | Yucaipa | | 92223 | US | 2022-06-09 |
| Raymond Johansen | Oslo | | | Norway | 2022-06-09 |
| Djamila le Pair | Zuerich | | 8424 | Netherlands | 2022-06-09 |
| 🯄 🯄 🯄 🯄 DM 🯄 🯄 🯄 | Bogotá | | | Colombia | 2022-06-09 |
| Reatt Stroud | Detroit | | 48219 | US | 2022-06-09 |
| Sara DeJesus | Silverdale | WA | 98383 | US | 2022-06-09 |
| Kathy Moore | Winipeg | | r3c 3c3 | Canada | 2022-06-09 |
| Alex Storez | Charleroi | | 15022 | US | 2022-06-09 |
| Joseph Earls | Iuka | | 62849 | US | 2022-06-09 |
| sprout h | Dayton | | 45420 | US | 2022-06-09 |
| Deandra Acevedo | Riverview | | 33578 | US | 2022-06-09 |
| Tony Ames | Jeffersonville | IN | 47130 | US | 2022-06-09 |
| King Stokes | Los Angeles | | 90059 | US | 2022-06-09 |
| Jennifer W | | | 52404 | US | 2022-06-10 |
| susan wild | Horicon | | 53032 | US | 2022-06-10 |