UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

## CRIMINAL MINUTES

**Date:** June 28, 2022   **Time:** 9:07 – 10:19   **Judge:** BETH LABSON FREEMAN
**Total Time:** 1:12

**Case No.:** 5:11-cr-00683-BLF-1   **Case Name:** UNITED STATES v. Doyon
5:12-cr-00426-BLF-1
5:22-cr-00099-BLF-1

**Attorney for Plaintiff:** Susan Knight
**Attorney for Defendant:** Jay Rorty for Christopher Doyon - P/C

**Deputy Clerk:** Tiffany Salinas-Harwell   **Reported by:** Summer Fisher
**Interpreter:** N/A   **Probation Officer:** Jessica Goldsberry

## PROCEEDINGS

SENTENCING

Sentencing hearings held.

### SENTENCING as to Case 11-cr-00683-BLF-1

The Defendant is Sentenced as to Counts 1S and 2S of the Superseding Misdemeanor Information filed on 3/8/2022 to Probation for a term of 1 year to run concurrent with each other.
This term is to be run concurrent with the term of probation in 22-cr-00099-BLF-1 and the term of supervised release in 12-cr-00426-BLF-1

The Court Orders Special Assessment in the amount of $50.00; Fine Waived.

### SENTENCING as to Case 12-cr-00426-BLF-1

The Defendant is Sentenced as to Count 1 of the Indictment filed on 5/30/2012 to the Custody of the Bureau of Prisons for a term of Time Served; Followed by a term of 1 year Supervised Release.

The Court Orders Special Assessment in the amount of $100.00; Fine Waived.

**SENTENCING as to Case 22-cr-00099-BLF-1**

The Defendant is Sentenced as to Count 1 of the Indictment filed on 3/6/2013 in the United States District Court Middle District of Florida Orlando Division to Probation for a term of 1 year. This term is to be run concurrent with the term of probation in 11-cr-00683-BLF-1 and the term of supervised release in 12-cr-00426-BLF-1

The Court Orders Special Assessment in the amount of $100.00; Fine Waived; Restitution in an amount to be determined.

The Government Moves to Dismiss remaining Counts 2 through 7. The Court GRANTS the Government's Request.

Status Hearing regarding Restitution set for 8/16/2022 at 9:00 a.m.

///

**P/NP: Present, Not Present**
**C/NC: Custody, Not in Custody**
**I: Interpreter**

**Courtroom Deputy**
**Original E-Filed**