UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

### CRIMINAL MINUTES

**Date:** August 16, 2022   **Time:** 9:00 – 9:05   **Judge:** BETH LABSON FREEMAN
**Total Time:** 5 Minutes

**Case No.:** 5:11-cr-00683-BLF-1   **Case Name:** UNITED STATES v. Doyon
5:12-cr-00426-BLF-1
5:22-cr-00099-BLF-1

**Attorney for Plaintiff:** Susan Knight
**Attorney for Defendant:** Jay Rorty for Christopher Doyon - P/NC

**Deputy Clerk:** Tiffany Salinas-Harwell   **Reported by:** Summer Fisher
**Interpreter:** N/A   **Probation Officer:** Juan Ramirez

### PROCEEDINGS

**STATUS CONFERENCE re RESTITUTION**

Status Conference re Restitution hearing held.

Further Status Hearing regarding Restitution set for 10/18/2022 at 9:00 a.m.

///

P/NP: Present, Not Present
C/NC: Custody, Not in Custody
I: Interpreter

*Courtroom Deputy*
Original E-Filed