# UNITED STATES DISTRICT COURT
### FOR THE NORTHERN DISTRICT OF CALIFORNIA
### San Jose Venue

## Petition for Summons for Person Under Supervision

| | |
|---|---|
| **Person Under Supervision** | **Docket Number** |
| Christopher Doyon | 0971 5:22CR00099-001 BLF |
| | 12CR00426-001 BLF |
| | 11CR00683-001 BLF |

**Name of Sentencing Judge:** The Honorable Beth Labson Freeman
United States District Judge

**Date of Original Sentence:** 22-CR-00099-001 BLF June 28, 2022
12-CR-00426-001 BLF June 28, 2022
11-CR-00683-001 BLF June 28, 2022

**Original Offense:**

22-CR-00099-001 BLF
Count One: Intentional Damage to a Protected Computer, 18 U.S.C. § 1030(a)(5)(A), 18 U.S.C. § 1030(b)(C)(4)(B) and 18 U.S.C. § 2, a Class C Felony.

12-CR-00426-001 BLF
Count One: Failure to Appear after Pre-Trial Release, 18 U.S.C. § 3146(a)(1), a Class D Felony.

11-CR-00683-001 BLF
Count One: Conspiracy to Commit Intentional Damage to a Protected Computer, 18 U.S.C. § 1030(b), 1030(c)(4)(G)(i), a Class A Misdemeanor,
Count Two: Intentional Damage to a Protected Computer, 18 U.S.C. § 1030(a)(5)(A), 1030(c)(4)(G)(i), a Class A Misdemeanor.

**Original Sentence:**
22-CR-00099-001 BLF: One year probation, concurrent to any other sentence
12-CR-00426-001 BLF: One year supervised release, concurrent to any other sentence
11-CR-00683-001 BLF: One year probation, concurrent to any other sentence

**Special Conditions:**

22-CR-00099-001 BLF: $100 special assessment; mental health treatment; DNA; search by any law enforcement officer.

**RE:**  Doyon, Christopher                                                                                                       2
            0971 5:22CR00099-001 BLF

12-CR-00099-001 BLF: $100 special assessment; mental health treatment; DNA; search by any law enforcement officer.

11-CR-00683-001 BLF: $50 special assessment; mental health treatment; DNA; search by any law enforcement officer.

**Prior Form(s) 12:** None

| **Type of Supervision** | **Date Supervision Commenced** |
|---|---|
| Supervised Release | June 28, 2022 |
| **Assistant U.S. Attorney** | **Defense Counsel** |
| Susan Frances Knight | Jay Adam Rorty (Appointed) |

## Petitioning the Court

The issuance of a summons for the person under supervision to appear in court before the duty Magistrate Judge for identification of counsel and setting of further proceedings on May 8, 2023, at 1:00 PM.

I, Andrew Gaerlan, a Probation Officer employed in the United States District Court for the Northern District of California, solemnly affirm and declare, under penalty of perjury, that to the best of my information and belief, the facts set forth in this affidavit are true and correct. The factual affirmations made below are based on my personal knowledge, on official records or documents generated and maintained by my agency in the course of performing its functions, on official records or documents generated and maintained by other government agents or agencies in the course of performing their functions, or on information provided to me orally or electronically by employees or agents of other public agencies (information developed or acquired in the course of performing official agency functions).

| Charge Number | Violation |
|---|---|
| One | There is probable cause to believe that the person under supervision violated the mandatory condition that states, in part, you must refrain from any unlawful use of a controlled substance. |
| | On January 19, 2023, Mr. Doyon submitted to urinalysis at the probation office. His specimen was found presumptive positive for THC and was subsequently forwarded for laboratory confirmation. On January 26, 2023, the client's specimen was confirmed positive for marijuana metabolite. |
| | Evidence of this violation can be found in the Abbot drug test report specimen B02091209. |

RE:   Doyon, Christopher                                                                                              3
      0971 5:22CR00099-001 BLF

| Charge Number | Violation |
|---|---|
| Two | There is probable cause to believe that the person under supervision violated the standard condition that states, in part, you must live at a place approved by the probation officer and if you plan to change where you live you must notify the probation officer. |

On March 3, 2023, the undersigned made telephone contact with Keith McHenry owner of the residence located at 216 North Avenue Aptos, California. McHenry advised that Mr. Doyon moved from his residence in approximately mid-January and that he was unaware of Mr. Doyon's present whereabouts.

Evidence of this violation can be found in the chronological record dated March 9, 2023, 8:54 AM.

Based on the foregoing, there is probable cause to believe that Christopher Doyon violated the conditions of his probation.

Respectfully submitted,                                                  Reviewed by:

_____                                       _____
Andrew Gaerlan                                                              Sonia Lapizco
U.S. Probation Officer                                                     Supervisory U.S. Probation Officer
Date Signed: May 4, 2023

Having considered the information set forth above, the court finds there is probable cause to believe there has been a violation of the conditions of supervision and orders:

[X]   The issuance of a summons for the person under supervision to appear in court before the duty Magistrate Judge for identification of counsel and setting of further proceedings on May 8, 2023, at 1:00 PM.

[ ]   Other:

May 5, 2023                                                                   _____
_____                                       Beth Labson Freeman
Date                                                                                United States District Judge

NDC-SUPV-FORM 12C(1)  4/6/2015

**RE:** Doyon, Christopher 4
0971 5:22CR00099-001 BLF

## APPENDIX

Grade of Violations: Grade C - USSG §7B1.1(a)(3), p.s.

Criminal History at time of sentencing: I

*Pursuant to 18 U.S.C. § 3565(a), if the violates a condition of probation at any time prior to the expiration or termination of the term of probation, the court may 1) continue him on probation, with or without extending the term or modifying or enlarging the conditions; or 2) revoke the sentence of probation and resentence the person under supervision.

Below are the penalties available should the person under supervision term of probation be revoked, and he is resentenced.

**22-CR-00099-001 BLF**

| | **Statutory Provisions** | **Guideline Provisions** |
|---|---|---|
| **Custody:** | No more than Ten years<br>18 U.S.C. § 1030(b)(C)(4)(B) | 18-24 months<br>(Based on the original total offense level of 15, and Criminal history category I) |
| **Supervised Release:** | Three years<br>18 U.S.C. § 3583(b)(2) | Not more than three years<br>USSG §5D1.2(a)(2) p.s. |
| **Probation:** | One to five years<br>18 U.S.C. § 3561(c)(1) | Not applicable |

**12-CR-00426-001 BLF**

| | **Statutory Provisions** | **Guideline Provisions** |
|---|---|---|
| **Custody:** | Two years<br>18 U.S.C. § 3583(e)(3) | 3-9 month<br>USSG §7B1.4(a), p.s. |
| **Supervised Release:** | Three years, less any time in custody upon revocation<br>18 U.S.C. § 3583(h) | Three years, less any time in custody upon revocation<br>USSG §7B1.3(g)(2), p.s. |
| Probation: | Not applicable | Not applicable |

RE:    Doyon, Christopher                                                                                       5
       0971 5:22CR00099-001 BLF


**11-CR-00683-001 BLF**

|  | **Statutory Provisions** | **Guideline Provisions** |
|---|---|---|
| **Custody:** | One year<br>18 U.S.C. § 1030(c)(4)(G) | 18-24 months<br>(Based on the original total offense level of 15, and Criminal history category I) |
| **Supervised Release:** | Not more than one year<br>18 U.S.C. § 3583(b)(3) | One year<br>USSG §5D1.2(a)(3) p.s. |
| **Probation:** | Not more than five years<br>18 U.S.C. § 3561(c)(2) | Not applicable |